| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: <br> EASTERN DISTRICT OF NORTH CAROLINA <br><br> Case number *(if known)* _____ | Chapter you are filing under: <br> ☐ Chapter 7 <br> ■ Chapter 11 <br> ☐ Chapter 12 <br> ☐ Chapter 13 <br><br> ☐ Check if this an amended filing |

Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy   12/17

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Identify Yourself

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| 1. | **Your full name** <br><br> Write the name that is on your government-issued picture identification (for example, your driver's license or passport). <br><br> Bring your picture identification to your meeting with the trustee. | *Colin* <br> First name <br><br> *Robert* <br> Middle name <br><br> *Crossman* <br> Last name and Suffix (Sr., Jr., II, III) | *Deanna* <br> First name <br><br> *Marie* <br> Middle name <br><br> *Crossman* <br> Last name and Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years** <br><br> Include your married or maiden names. | | |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | *xxx-xx-3005* | *xxx-xx-4729* |

Debtor 1   *Colin Robert Crossman*
Debtor 2   *Deanna Marie Crossman*

Case number *(if known)* _____

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**<br><br>Include trade names and *doing business as* names | ■ I have not used any business name or EINs.<br><br>_____<br>Business name(s)<br><br>_____<br>EINs | ■ I have not used any business name or EINs.<br><br>_____<br>Business name(s)<br><br>_____<br>EINs |
| **5. Where you live** | *301 S Academy St.*<br>*Cary, NC 27511*<br>Number, Street, City, State & ZIP Code<br><br>*Wake*<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>_____<br>Number, P.O. Box, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:**<br><br>_____<br>Number, Street, City, State & ZIP Code<br><br>_____<br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>_____<br>Number, P.O. Box, Street, City, State & ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.)<br>_____ | *Check one:*<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.)<br>_____ |

Debtor 1   *Colin Robert Crossman*
Debtor 2   *Deanna Marie Crossman*                                                   Case number *(if known)* _____

| Part 2: | Tell the Court About Your Bankruptcy Case |

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one. (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)). Also, go to the top of page 1 and check the appropriate box.*

☐ Chapter 7
■ Chapter 11
☐ Chapter 12
☐ Chapter 13

**8. How you will pay the fee**

■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

■ No.
☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☐ No
■ Yes.

| | | | | | |
|---|---|---|---|---|---|
| Debtor | *Memento Mori, LLC* | | | Relationship to you | *Business* |
| District | *Eastern District North Carolina (Raleigh)* | When | *9/20/18* | Case number, if known | *18-04661* |
| Debtor | _____ | | | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

**11. Do you rent your residence?**

■ No.   Go to line 12.
☐ Yes.  Has your landlord obtained an eviction judgment against you?

  ☐ No. Go to line 12.
  ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1  *Colin Robert Crossman*
Debtor 2  *Deanna Marie Crossman*                                    Case number *(if known)*

## Part 3:   Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

■ No.   Go to Part 4.

☐ Yes.   Name and location of business

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

_____
Name of business, if any

_____
Number, Street, City, State & ZIP Code

Check the appropriate box to describe your business:

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).

☐ No.   I am not filing under Chapter 11.

■ No.   I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.   I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

## Part 4:   Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.

What is the hazard?   _____

If immediate attention is needed, why is it needed?   _____

Where is the property?   _____
Number, Street, City, State & Zip Code

Official Form 101          **Voluntary Petition for Individuals Filing for Bankruptcy**          page 4

Debtor 1     *Colin Robert Crossman*
Debtor 2     *Deanna Marie Crossman*                                                                                   Case number *(if known)*

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |

**About Debtor 1:**                                                                                              **About Debtor 2 (Spouse Only in a Joint Case):**

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1 **Colin Robert Crossman**
Debtor 2 **Deanna Marie Crossman**                                      Case number *(if known)* _____

| Part 6: | Answer These Questions for Reporting Purposes |

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.

■ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts

_____

**17. Are you filing under Chapter 7?**

■ No. I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

☐ Yes

**18. How many Creditors do you estimate that you owe?**

☐ 1-49
☐ 50-99
■ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
■ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Part 7: | Sign Below |

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

*/s/ Colin Robert Crossman*                             */s/ Deanna Marie Crossman*
**Colin Robert Crossman**                               **Deanna Marie Crossman**
Signature of Debtor 1                                   Signature of Debtor 2

Executed on  **September 20, 2018**           Executed on  **September 20, 2018**
             MM / DD / YYYY                                MM / DD / YYYY

| | |
|---|---|
| Debtor 1 *Colin Robert Crossman* | |
| Debtor 2 *Deanna Marie Crossman* | Case number *(if known)* _____ |

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

*/s/ Kathleen O'Malley*          Date    *September 20, 2018*
Signature of Attorney for Debtor         MM / DD / YYYY

**Kathleen O'Malley**
Printed name

**Janvier Law Firm, PLLC**
Firm name

**311 East Edenton Street**
**Raleigh, NC 27601**
Number, Street, City, State & ZIP Code

Contact phone  **919-582-2323**          Email address _____

**51654 NC**
Bar number & State

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Colin Robert Crossman** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Deanna Marie Crossman** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)

☐ Check if this is an amended filing

# B 104

## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders    12/15

**If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101.  Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.**

**Part 1:    List the 20 Unsecured Claims in Order from Largest to Smallest.  Do Not Include Claims by Insiders.**

| | | | | **Unsecured claim** |
|---|---|---|---|---|
| **1** | **David Gardner**<br>**Attn: Managing Agent**<br>**1025 Anna Lake Lane**<br>**Cary, NC 27513** | What is the nature of the claim?<br><br>As of the date you file, the claim is: Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>■ None of the above apply<br><br>Does the creditor have a lien on your property?<br>■ No<br>☐ Yes. Total claim (secured and unsecured)<br>      Value of security:<br>      Unsecured claim | *Business Loan* | $ *$127,057.73*<br><br><br><br><br><br><br><br>$ _____<br>- $ _____<br>$ _____ |
| | Contact | | | |
| | Contact phone | | | |
| **2** | **Hal K. Bowman**<br>**Attn: Managing Agent**<br>**207 Kelso Court**<br>**Cary, NC 27511** | What is the nature of the claim?<br><br>As of the date you file, the claim is: Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>■ None of the above apply<br><br>Does the creditor have a lien on your property?<br>■ No | *Loan*<br>*Debt of Mayton*<br>*Landlord, LLC Debtors*<br>*Guaranteed* | $ *$73,852.27* |

B104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 1

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1   **Colin Robert Crossman**
Debtor 2   **Deanna Marie Crossman**                                          Case number *(if known)*

Contact
☐ Yes. Total claim (secured and unsecured)   $
Value of security:   - $
Contact phone
Unsecured claim   $

---

**3**

**Herbert Gardner (estate)**
**c/o Lee Gardner**
**2443 Legacy Drive**
**Aurora, IL 60502**

What is the nature of the claim?   **Loan**   $ **$74,467.70**
**Mayton Landlord, LLC**
**Debtors Guaranteed**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?

■ No
Contact
☐ Yes. Total claim (secured and unsecured)   $
Value of security:   - $
Contact phone
Unsecured claim   $

---

**4**

**Internal Revenue Service**
**Centralized Insolvency**
**Operations**
**P.O. Box 7346**
**Philadelphia, PA 19114-0326**

What is the nature of the claim?   **federal withholding**   $ **$175,747.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?

■ No
Contact
☐ Yes. Total claim (secured and unsecured)   $
Value of security:   - $
Contact phone
Unsecured claim   $

---

**5**

**KeySource Commercial Bank**
**Attn:ManagingAgentCommercial**
**Lending**
**280 S. Mangum St., Ste. 140**
**Durham, NC 27701**

What is the nature of the claim?   **Business Loan for**   $ **$3,965,000.00**
**Kings Daughter**
**Landlord, LLC**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?

■ No
Contact
☐ Yes. Total claim (secured and unsecured)   $
Value of security:   - $
Contact phone
Unsecured claim   $

---

**6**

What is the nature of the claim?   **business loan**   $ **$225,000.00**
**Debt Listed in**

---

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 2

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1 **Colin Robert Crossman**
Debtor 2 **Deanna Marie Crossman**                                      Case number *(if known)*

---

**Kim & Leslie Crossman**
**Attn: Managing Agent**
**3204 Cabarrus Drive**
**Greensboro, NC 27407**

*Memento Mori, LLC*
*Ch. 11*
*For Notice Purposes*

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)   $ _____
   Value of security:                         - $ _____
   Unsecured claim                              $ _____

Contact
Contact phone

---

**7**

**Lester A. Coggins, Jr.**
**Attn: Managing Agent**
**9595 Silver Lake Drive**
**Leesburg, FL 34788-3406**

What is the nature of the claim?   *business loan*   $ *$67,458.77*
*Debt Listed in*
*Memento Mori, LLC*
*Ch. 11*
*For Notice Purposes*

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)   $ _____
   Value of security:                         - $ _____
   Unsecured claim                              $ _____

Contact
Contact phone

---

**8**

**MBID**
**Attn: Managing Agent**
**3408 Edgefield Rd**
**Greensboro, NC 27409**

What is the nature of the claim?   *business loan*   $ *$143,137.58*
*Debt Listed in*
*Memento Mori, LLC*
*Ch. 11*
*For Notice Purposes*

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)   $ _____
   Value of security:                         - $ _____
   Unsecured claim                              $ _____

Contact
Contact phone

---

**9**   What is the nature of the claim?   *Judgment (Wake &*   $ *$135,767.64*

Debtor 1 **Colin Robert Crossman**
Debtor 2 **Deanna Marie Crossman** Case number *(if known)*

**Durham)**

**NC Department of Revenue**
**Attn: Bankruptcy Department**
**P.O. Box 1168**
**Raleigh, NC 27602-1168**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ☐ No
- ■ Yes. Total claim (secured and unsecured) $ **$135,767.64**
  Value of security: - $ **$0.00**
  Unsecured claim $ **$135,767.64**

Contact
Contact phone

---

**10**

**Nelnet**
**Attn: Managing Agent**
**P.O. Box: 82505**
**Lincoln, NE 68501-2505**

**What is the nature of the claim?** **Student Loan** $ **$67,662.87**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured) $
  Value of security: - $
  Unsecured claim $

Contact
Contact phone

---

**11**

**Northwoods Associates, LP**
**Attn: Managing Agent**
**P.O. Box 4422**
**Cary, NC 27519**

**What is the nature of the claim?** **Loan**
**Debt of Mayton**
**Landlord Debtors**
**Guaranteed**
$ **$184,630.67**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured) $
  Value of security: - $
  Unsecured claim $

Contact
Contact phone

---

**12**

**Patty Blaser**
**Attn: Managing Agent**

**What is the nature of the claim?** **Business Loan**
**Debt Listed in**
**Memento Mori, LLC**
**Ch. 11**
**For Notice Purposes**
$ **$88,866.12**

---

B 104 (Official Form 104)  For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims  Page 4

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

Debtor 1 **Colin Robert Crossman**
Debtor 2 **Deanna Marie Crossman**  Case number *(if known)*

**102 Benedum Place**
**Cary, NC 27518**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)  $ _____
   Value of security:  - $ _____
   Unsecured claim  $ _____

Contact
Contact phone

---

**13**

**Robert Crossman**
**Attn: Managing Agent**
**2409 Sundial Court**
**Fort Myers, FL 33908**

What is the nature of the claim?  **business loan**  $ **$67,927.25**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)  $ _____
   Value of security:  - $ _____
   Unsecured claim  $ _____

Contact
Contact phone

---

**14**

**Robert Crossman Trust**
**c/oGlenmede Trust Co. N.A., Trustee**
**25825 Science Park Dr, Ste 110**
**Beachwood, OH 44122-7315**

What is the nature of the claim?  **Loan**  $ **$109,867.92**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)  $ _____
   Value of security:  - $ _____
   Unsecured claim  $ _____

Contact
Contact phone

---

**15**

**Sheltering Home Circle**
**Attn: Managing Agent**

What is the nature of the claim?  **Business Loan**  $ **$152,735.68**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)  $ _____

Contact

---

Debtor 1 **Colin Robert Crossman**
Debtor 2 **Deanna Marie Crossman**                                Case number *(if known)*

Contact phone

Value of security:  - $
Unsecured claim  $

| 16 | **Sunstone Capital**<br>**Attn: Managing Agent**<br>**1 World Trade Center, Suite 1130**<br>**Long Beach, CA 90831** | What is the nature of the claim?  *business loan*  $ *$700,000.00* |

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?

■ No
☐ Yes. Total claim (secured and unsecured)  $
    Value of security:  - $
    Unsecured claim  $

Contact
Contact phone

| 17 | **Susquehanna Salt Lake, LLC**<br>**Attn: Managing Agent**<br>**136 E. S. Temple, Ste 1400**<br>**Salt Lake City, UT 84111** | What is the nature of the claim?  ***Debt Listed in Memento Mori, LLC Ch. 11 For Notice Purposes***  $ *$107,873.00* |

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?

■ No
☐ Yes. Total claim (secured and unsecured)  $
    Value of security:  - $
    Unsecured claim  $

Contact
Contact phone

| 18 | **The Sheltering Home Circle**<br>**Attn: Managing Agent**<br>**1204 Broad Street**<br>**Durham, NC 27705** | What is the nature of the claim?  *business loan*  $ *$138,716.02* |

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?

■ No
☐ Yes. Total claim (secured and unsecured)  $
    Value of security:  - $
    Unsecured claim  $

Contact
Contact phone

| 19 | **Wake County Dept. of Revenue**<br>**Attn: Managing Agent**<br>**P.O. Box 2331** | What is the nature of the claim?  *2018 real estate taxes*  $ *$82,153.07* |

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 6

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1 **Colin Robert Crossman**
Debtor 2 **Deanna Marie Crossman**    Case number *(if known)*

**Raleigh, NC 27602**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)    $
  - Value of security:    - $
  - Unsecured claim    $

Contact
Contact phone

---

**20**

**William Hearn**
**Attn: Managing Agent**
**2151 Huron Drive**
**Aiken, SC 29803**

**What is the nature of the claim?** *business loan*    $ **$386,064.71**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)    $
  - Value of security:    - $
  - Unsecured claim    $

Contact
Contact phone

---

**Part 2:    Sign Below**

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

X */s/ Colin Robert Crossman*                    X */s/ Deanna Marie Crossman*
*Colin Robert Crossman*                              *Deanna Marie Crossman*
Signature of Debtor 1                                 Signature of Debtor 2

Date **September 20, 2018**                       Date **September 20, 2018**

---

B2030 (Form 2030) (12/15)

## United States Bankruptcy Court
### Eastern District of North Carolina

In re: **Colin Robert Crossman / Deanna Marie Crossman**, Debtor(s)

Case No. 
Chapter **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ **10,000.00** |
   | Prior to the filing of this statement I have received | $ **10,000.00** |
   | Balance Due | $ **0.00** |

2. $ **0.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:
   ■ Debtor   ☐ Other (specify):

4. The source of compensation to be paid to me is:
   ■ Debtor   ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**September 20, 2018**
*Date*

**/s/ Kathleen O'Malley**
**Kathleen O'Malley**
*Signature of Attorney*
**Janvier Law Firm, PLLC**
**311 East Edenton Street**
**Raleigh, NC 27601**
**919-582-2323   Fax: 866-809-2379**
*Name of law firm*

# United States Bankruptcy Court
## Eastern District of North Carolina

In re: **Colin Robert Crossman / Deanna Marie Crossman**, Debtor(s)

Case No.
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: **September 20, 2018**  
**/s/ Colin Robert Crossman**  
**Colin Robert Crossman**  
Signature of Debtor

Date: **September 20, 2018**  
**/s/ Deanna Marie Crossman**  
**Deanna Marie Crossman**  
Signature of Debtor

| | | |
|---|---|---|
| Allen Grading Co, Inc.<br>Attn: Managing Agent<br>1452 Stevens MIll Road<br>Goldsboro, NC 27530 | Blackhall P.C.<br>Attn:JustinBlackhall/Managing Agent<br>17 State St, Ste 4000<br>New York, NY 10004 | Comenity Bank/Wayfair<br>Attn: Bankruptcy Dept/ManagingAge<br>PO Box 182273<br>Columbus, OH 43218 |
| Allen Wilcox<br>Attn: Managing Agent<br>213 Watts Street<br>Durham, NC 27701 | Brian S. Garrett<br>Attn: Managing Agent<br>307 Malvern Hill Lane<br>Morrisville, NC 27560-9972 | Conde Nast Publications, LTD<br>Vouge House, Hanover Square<br>GRB W1S 1JU |
| Amadeus Hospitality Americas, Inc<br>Attn: Managing Agent<br>29618 Network Place<br>Chicago, IL 60673 | Bryn Mawr Equipment Finance, Inc.<br>Attn: Managing Agent<br>620 West Germantown Pike #310<br>Plymouth Meeting, PA 19462 | Cotton House Craft Brewers, LLC<br>Attn: Managing Agent<br>307 S Academy Street<br>Cary, NC 27511 |
| American Express<br>Attn: Managing Agent<br>PO Box 981535<br>El Paso, TX 79998-1535 | Budd-Piper Roofing, Inc.<br>Attn: Managing Agent<br>506 Ramseur Street<br>Durham, NC 27701 | Craig Stevens<br>Attn: Managing Agent<br>1429 Salem Church Rd<br>Apex, NC 27523 |
| American Express Bank, FSB<br>Attn: Managing Agent<br>4315 South 2700 West<br>Salt Lake City, UT 84184 | Catherine Jernigan<br>Attn: Managing Agent<br>7727 Orange Grove Road<br>Chapel Hill, NC 27516 | Crave Interactive<br>Attn: Managing Agent<br>7 East 14th St, #PHO<br>New York, NY 10003 |
| Andrea Shibley<br>Attn: Managing Agent<br>3738 Edgevale Rd<br>Ottawa Hills, OH 43606 | Chase Bank<br>Attn: Managing Agent<br>PO Box 15298<br>Wilmington, DE 19850 | Crossman Properties, LLC<br>301 S. Academy Street<br>Cary, NC 27511 |
| Artisan Hotel Boutique<br>Attn: Managing Agent<br>3790 Paradise Rd, Ste 250<br>Las Vegas, NV 89169 | Christine Simpson, Town Attorney<br>Town of Cary<br>316 N Academy St<br>Cary, NC 27513 | David Gardner<br>Attn: Managing Agent<br>1025 Anna Lake Lane<br>Cary, NC 27513 |
| Ashworth Family Limited Partnership<br>Attn: Managing Agent<br>P.O. Box 98<br>Cary, NC 27512 | Citi Cards<br>Attn: Managing Agent<br>PO Box 6500<br>Sioux Falls, SD 57117 | Dept. of Employment Security<br>Attn: Managing Agent<br>P.O. Box 25903<br>Raleigh, NC 27611-5903 |
| Bank of America<br>Attn: Bankruptcy/Managing Agent<br>PO Box 982238<br>El Paso, TX 79998 | Collidge Law Firm, PLLC<br>Attn: Managing Agent<br>434 Fayetteville St, Ste 2030<br>Raleigh, NC 27601 | Dina Properties, LLC<br>Attn: Managing Agent<br>3504 Valley Court<br>Raleigh, NC 27612 |

Discover Financial Services
Attn:  Managing Agent
P.O. Box 30943
Salt Lake City, UT 84130-0943

Dixon Hughes Goodman, LLP
Attn: Managing Agent
2501 Blue Ridge Road #500
Raleigh, NC 27607

DN Kisley PE
Attn: Managing Agent
115 MacKenan Drive
Cary, NC 27511

Duke Energy
Attn: Managing Agent
PO Box 1003
Charlotte, NC 28201

Duke Energy Progress
Attn: Managing Agent
PO Box 1003
Charlotte, NC 28201

Duke Health
Attn:  Managing Agent
5213 South Alston Ave
Durham, NC 27713

Durham County Tax Administration
200 East Main Street
1st Floor, Old Courthouse
Durham, NC 27701

Falcon Engineering
Attn: Managing Agent
1210 Trinity Rd, #110
Cary, NC 27513

Firstmark Services
Attn: Managing Agent
P.O. Box 82522
Lincoln, NE 68501-2522

FLSA
Attn: Managing Agent
1731 Round Rock Drive
Raleigh, NC 27615

Garrett Capital, LLC
Attn: Managing Agent
3790 Paradise Rd, Ste 250
Las Vegas, NV 89169

Garrett Capital, LLC
Attn: Sean D. Thueson
3790 Paradise Rd, Ste 250
Las Vegas, NV 89169

Garrett Capital, LLC
Attn: KristineAO'Quinn
3790 Paradise Rd, Ste 250
Las Vegas, NV 89169

Gwynn & Edwards, PA
Attn: Managing Agent
1140 Kildaire Farm Rd
Cary, NC 27511

Hal K. Bowman
Attn: Managing Agent
207 Kelso Court
Cary, NC 27511

Herbert Gardner (estate)
c/o Lee Gardner
2443 Legacy Drive
Aurora, IL 60502

Ibis Capital Group LLC dba Nugrowth
Attn: Managing Agent
One Blue Hill Plaza, Suite 1514
Pearl River, NY 10965

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19114-0326

IRH Capital, LLC
Attn: Managing Agent
707 Skoie Blvd, Ste 540
Northbrook, IL 60062

Joan Austin
Attn: Managing Agent
701 Watts Street
Durham, NC 27701

Kabbage Loans
Attn: Managing Agent
925 B Peachtree St, #1688
Atlanta, GA 30309

Key Equipment Finance
Attn: Managing Agent
1000 S. McCaslin Blvd.
Superior, CO 80027

KeySource Commercial Bank
Attn:ManagingAgentCommercialLend
280 S. Mangum St., Ste. 140
Durham, NC 27701

Kim & Leslie Crossman
Attn: Managing Agent
3204 Cabarrus Drive
Greensboro, NC 27407

Kim R. Crossman
3204 Cabarryus Drive
Greensboro, NC 27407

Kim R. Crossman
3204 Cabarrus Drive
Greensboro, NC 27407

Laboratory Corporation of Amercia
Attn:  Managing Agent
PO Box 2240
Burlington, NC 27216

| | | |
|---|---|---|
| Lee Gardner<br>Attn: Managing Agent<br>2443 Legacy Drive<br>Aurora, IL 60502 | Northwoods Associates, LP<br>Attn: Managing Agent<br>P.O. Box 4422<br>Cary, NC 27519 | Robert & Beth Emerson<br>Attn: Managing Agent<br>1202 N. Gregson Street<br>Durham, NC 27701 |
| Lee Gardner (estate)<br>Attn: Managing Agent<br>2443 Legacy Drive<br>Aurora, IL 60502 | Oral Technologies<br>Attn: Managing Agent<br>202 Wood Liily Lane<br>Cary, NC 27518 | Robert Crossman<br>Attn: Managing Agent<br>2409 Sundial Court<br>Fort Myers, FL 33908 |
| Leslie G. Crossman<br>3204 Cabarrus Drive<br>Greensboro, NC 27407 | Patty Blaser<br>Attn: Managing Agent<br>102 Benedum Place<br>Cary, NC 27518 | Robert Crossman Trust<br>c/oGlenmede Trust Co. N.A., Truste<br>25825 Science Park Dr, Ste 110<br>Beachwood, OH 44122-7315 |
| Lester A. Coggins, Jr.<br>Attn: Managing Agent<br>9595 Silver Lake Drive<br>Leesburg, FL 34788-3406 | PhD Posters, LLC<br>Attn: Managing Agent<br>3931 Colorado Ave<br>Durham, NC 27707 | Robert Shibley<br>Attn: Managing Agent<br>805 Calrendon Road<br>Jenkintown, PA 19046 |
| MBID<br>Attn: Managing Agent<br>3408 Edgefield Rd<br>Greensboro, NC 27409 | Pinnacle Financial Partners<br>Attn: Managing Agent<br>150 3rd Ave S, Suite 900<br>Nashville, TN 37201 | Sheltering Home Circle<br>Attn: Managing Agent |
| Mercantile Capital Corp.<br>Attn: Managing Agent<br>60 N Court Ave<br>Orlando, FL 32801 | Preservation II<br>Attn: Managing Agent<br>1020 Timber Lane<br>Wilmette, IL 60091 | Sunstone Capital<br>Attn: Managing Agent<br>1 World Trade Center, Suite 1130<br>Long Beach, CA 90831 |
| Morningstar Law Group<br>Attn: Managing Agent<br>421 Fayetteville Street, Suite 530<br>Raleigh, NC 27601 | PSNC Energy<br>Attn: Managing Agent<br>PO Box 100256<br>Columbia, SC 29202 | Susquehanna Salt Lake, LLC<br>Attn: Managing Agent<br>136 E. S. Temple, Ste 1400<br>Salt Lake City, UT 84111 |
| NC Department of Revenue<br>Attn: Bankruptcy Department<br>P.O. Box 1168<br>Raleigh, NC 27602-1168 | Roberson, Haworth & Reese, PLLC<br>Attn:AlanB.Powell/ManagingAgent<br>300 North Main St, Ste 300<br>High Point, NC 27260 | The B&B Team<br>Attn: Managing Agent<br>PO Box 339<br>Scottsville, VA 24590 |
| Nelnet<br>Attn: Managing Agent<br>P.O. Box: 82505<br>Lincoln, NE 68501-2505 | Robert & Araz Shibley<br>Attn: Managing Agent<br>709 Brittley Way<br>Apex, NC 27502 | The Sheltering Home Circle<br>Attn: Managing Agent<br>1204 Broad Street<br>Durham, NC 27705 |

The Siegel Group
Attn: Kristine A O'Quinn
3790 Paradise Rd, Ste 250
Las Vegas, NV 89169

The Siegel Group Nevada, Inc
Attn: Managing Agent
3790 Paradise Rd, Ste 250
Las Vegas, NV 89169

The Siegel Group Nevada, Inc
Attn: Sean D. Thueson
3790 Paradise Rd, Ste 250
Las Vegas, NV 89169

Time Warner (Spectrum)
Attn:Recovery Support/ManagingAgent
3347 Platt Springs Road
West Columbia, SC 29170

TKPR
Attn: Managing Agent
349 Ascot Ridge Ln
Greer, SC 29650

Town of Cary
Attn: Managing Agent
P.O. Box 8005
Cary, NC 27513

U.S. Small Business Adminiatraton
Attn: Managing Agent
409 3rd Street SW
Washington, DC 20416

US Bank Equipment Finance
Attn: Managing Agent
1310 Madrid Street
Marshall, MN 56258

USAA Federal Savings Bank
Attn: Bankruptcy/Managing Agent
9800 Fredericksburg Road
San Antonio, TX 78288

USEDLC, LLC
Attn: Managing Agent/Officer
1 World Trade Center, Suite 1180
Long Beach, CA 90831

Vito Tanzi
Attn: Managing Agent
28 Mason Drive
Manhasset, NY 11030

Wake County Dept. of Revenue
Attn: Managing Agent
P.O. Box 2331
Raleigh, NC 27602

Wells Fargo
Attn: Managing Agent
P.O. Box 51193
Los Angeles, CA 90051-5493

Westfield Insurance
Attn: Managing Agent
PO Box 5001
Westfield Center, OH 44251

William Hearn
Attn: Managing Agent
2151 Huron Drive
Aiken, SC 29803

Womble Bond Dickinson
Attn:JohnCCooke/Managing Agent
555 Fayetteville St, Ste 1100
Raleigh, NC 27601

Xeros Inc.
Attn: Managing Agent
250 Commercial Street Suite 4002A
Manchester, NH 03101