## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## RALEIGH DIVISION

IN RE:                                                                    CHAPTER 11

**Colin Robert Crossman and**                              **CASE NO. 18-04668-5-DMW**
**Deanna Marie Crossman,**

         Debtors.

## <u>AMENDMENT TO SCHEDULES</u>

NOW COME Colin Robert Crossman and Deanna Marie Crossman, Debtors in the above-referenced case, by and through undersigned counsel, and hereby amend their bankruptcy schedules as follows:

1.     Schedule A/B is amended to:

    a.  Correctly show the year of the Toyota Highlander as 2004;

    b.  Correctly show the year of the Toyota Prius as 2009;

    c.  Add the 2006 Utility Trailer; and,

    d.  Add the unliquidated claims of both Colin Crossman and Deanna Crossman, individually, under an insurance policy issued by Westfield Insurance Company in connection with defending a lawsuit, case no. A-18-781311-C in Clark County, Nevada.

2.     Schedule C is amended to:

    a.  Lower the claim of exemption for tools of the trade under N.C. Gen. Stat. § 1C-1601(a)(5) to $1,500.00; and,

    b.  Correct the claim of exemption for Colin Crossman under N.C. Gen. Stat, § 1C-1601(a)(2) to the statutory maximum of $5,000.00.

3.     Schedule E/F is amended to:

a.  Add Great American Insurance Company, as surety issuing a bond for debt owed by Memento Mori, LLC, on which Colin and Deanna Crossman are joint and several indemnitors, as a general unsecured claimant.

This the 3rd day of December, 2018.

JANVIER LAW FIRM, PLLC

s/ Kathleen O'Malley
Kathleen O'Malley
N.C. State Bar No. 51654
311 E. Edenton Street
Raleigh, NC  27601
Telephone: (919) 582-2323
Facsimile: (866) 809-2379
Email: kathleen@janvierlaw.com

## <u>CERTIFICATE OF SERVICE</u>

The undersigned does hereby certify that a copy of the foregoing **AMENDMENT TO SCHEDULES** has been served upon each of the parties listed below by placing a copy of the same in the United States mail, postage pre-paid, or via CM/ECF as indicated:

Brian Behr   (Via CM/ECF)
Bankruptcy Administrator, EDNC
434 Fayetteville Street, Suite 640
Raleigh, NC 27601

Colin Crossman (Via CM/ECF)
301 S. Academy Street
Cary, NC 27511

Deanna Crossman (Via CM/ECF)
301 S. Academy Street
Cary, NC 27511

Great American Insurance Company (Via U.S. Mail)
ATTN: Managing Agent
301 East Fourth Street, Floor 24N
Cincinnati, OH 45202

Westfield Insurance Company (Via U.S. Mail)
One Park Circle
P.O. Box 5001
Westfield Center, OH 44251

All other parties registered to receive electronic service through the CM/ECF system.

This the 3rd day of December, 2018.

JANVIER LAW FIRM, PLLC

s/ Kathleen O'Malley
Kathleen O'Malley
N.C. State Bar No. 51654
311 E. Edenton Street
Raleigh, NC  27601
Telephone: (919) 582-2323
Facsimile: (866) 809-2379
Email: kathleen@janvierlaw.com

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | *Colin Robert Crossman* |
| | First Name    Middle Name    Last Name |
| Debtor 2 | *Deanna Marie Crossman* |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NORTH CAROLINA |
| Case number | *18-04668-5* |
| (if known) | |

■ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X _____    X _____

*Colin Robert Crossman*    *Deanna Marie Crossman*
Signature of Debtor 1    Signature of Debtor 2

Date 11/30/18    Date 11/30/18

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | *Colin Robert Crossman* |
| | First Name      Middle Name      Last Name |
| Debtor 2 | *Deanna Marie Crossman* |
| (Spouse if, filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NORTH CAROLINA |
| Case number (if known) | *18-04668-5* |

■ Check if this is an amended filing

## Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:    Summarize Your Assets

| | **Your assets** Value of what you own |
|---|---|

1.  **Schedule A/B: Property** (Official Form 106A/B)
    1a. Copy line 55, Total real estate, from Schedule A/B.................................................................  $  **0.00**

    1b. Copy line 62, Total personal property, from Schedule A/B.....................................................  $  **410,613.84**

    1c. Copy line 63, Total of all property on Schedule A/B.............................................................  $  **410,613.84**

### Part 2:    Summarize Your Liabilities

| | **Your liabilities** Amount you owe |
|---|---|

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
    2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...*  $  **726,768.78**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
    3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F.................................*  $  **243,047.33**

    3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F..........................*  $  **19,295,888.64**

|  | Your total liabilities | $ | **20,265,704.75** |
|---|---|---|---|

### Part 3:    Summarize Your Income and Expenses

4.  *Schedule I: Your Income* (Official Form 106I)
    Copy your combined monthly income from line 12 of *Schedule I.................................................................*  $  **9,816.66**

5.  *Schedule J: Your Expenses* (Official Form 106J)
    Copy your monthly expenses from line 22c of *Schedule J...........................................................................*  $  **4,536.83**

### Part 4:    Answer These Questions for Administrative and Statistical Records

6.  **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

    ☐  No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

    ■  Yes

7.  **What kind of debt do you have?**

    ☐  **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9 for statistical purposes. 28 U.S.C. § 159.

    ■  **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1  **Colin Robert Crossman**

Debtor 2  **Deanna Marie Crossman**

      the court with your other schedules.

Case number *(if known)*  **18-04668-5**

8.  **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ _____

9.  **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | | Total claim |
|---|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ | 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ | 243,047.33 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ | 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ | 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ | 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ | 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ | 243,047.33 |

Official Form 106Sum        **Summary of Your Assets and Liabilities and Certain Statistical Information**        page 2 of 2

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | *Colin Robert Crossman* |
| | First Name    Middle Name    Last Name |
| Debtor 2 | *Deanna Marie Crossman* |
| (Spouse, if filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NORTH CAROLINA |
| Case number | *18-04668-5* |

■ Check if this is an amended filing

## Official Form 106A/B
## Schedule A/B: Property
12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:   Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

■ No. Go to Part 2.
☐ Yes. Where is the property?

**Part 2:   Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
■ Yes

| 3.1 | Make: | *Toyota* | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|
| | Model: | *Prius* | ☐ Debtor 1 only | |
| | Year: | *2009* | ■ Debtor 2 only | |
| | Approximate mileage: | *136,108* | ☐ Debtor 1 and Debtor 2 only | Current value of the entire property? / Current value of the portion you own? |
| | Other information: | | ☐ At least one of the debtors and another | |
| | | | ☐ Check if this is community property (see instructions) | $8,050.00      $8,050.00 |

| 3.2 | Make: | *Toyota* | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|
| | Model: | *Highlander* | ■ Debtor 1 only | |
| | Year: | *2004* | ☐ Debtor 2 only | |
| | Approximate mileage: | *122,150* | ☐ Debtor 1 and Debtor 2 only | Current value of the entire property? / Current value of the portion you own? |
| | Other information: | | ☐ At least one of the debtors and another | |
| | | | ☐ Check if this is community property (see instructions) | $8,575.00      $8,575.00 |

Debtor 1   **Colin Robert Crossman**
Debtor 2   **Deanna Marie Crossman**

Case number *(if known)*   **18-04668-5**

| | | | | | |
|---|---|---|---|---|---|
| 3.3 | Make: | **Ford** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
| | Model: | **Transit Van** | ■ Debtor 1 only | | |
| | Year: | **2016** | ☐ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| | Approximate mileage: | **37,769** | ☐ Debtor 1 and Debtor 2 only | | |
| | Other information: | | ☐ At least one of the debtors and another | | |
| | *SC(1): SunTrust Amt: $26,768.76 Used for business* | | ☐ Check if this is community property (see instructions) | **$28,625.00** | **$28,625.00** |

| | | | | | |
|---|---|---|---|---|---|
| 3.4 | Make: | | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
| | Model: | **Utility Trailer** | ☐ Debtor 1 only | | |
| | Year: | **2006** | ☐ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| | Approximate mileage: | | ■ Debtor 1 and Debtor 2 only | | |
| | Other information: | | ☐ At least one of the debtors and another | | |
| | *In disrepair* | | ☐ Check if this is community property (see instructions) | **$0.00** | **$0.00** |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ■ No
   ☐ Yes

5  Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here...........................................................=>   |  **$45,250.00**  |

**Part 3:** Describe Your Personal and Household Items

| Do you own or have any legal or equitable interest in any of the following items? | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes.  Describe.....

   | *Small Kitchen Appliances: $100.00 Living Room Furniture: $500.00 Den Furniture: $100.00 Bedroom Furniture: $100.00 Dining Room Furniture: $100.00 Books: $50.00* | **$3,250.00** |
   |---|---|

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ■ Yes.  Describe.....

   | *TV: $45.00 Other Video Equipment: $150.00 Stereo Equipment: $25.00 Computer Accessories: $500.00* | **$720.00** |
   |---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor 1 | *Colin Robert Crossman* | | |
|---|---|---|---|
| Debtor 2 | *Deanna Marie Crossman* | Case number *(if known)* | **18-04668-5** |

**8. Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☐ No
■ Yes.  Describe.....

| *Paintings & Art Objects* | $3,500.00 |
|---|---|

**9. Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☑ No
☐ Yes.  Describe.....

**10. Firearms**
   *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

☐ No
☑ Yes.  Describe.....

| *Firearms* | $150.00 |
|---|---|

**11. Clothes**
   *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No
☑ Yes.  Describe.....

| *Clothing* | $150.00 |
|---|---|

**12. Jewelry**
   *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No
☑ Yes.  Describe.....

| *Jewelry* | $8,000.00 |
|---|---|

**13. Non-farm animals**
   *Examples:* Dogs, cats, birds, horses

☑ No
☐ Yes.  Describe.....

**14. Any other personal and household items you did not already list, including any health aids you did not list**

☐ No
☑ Yes.  Give specific information.....

| *Power Tools: $1,000.00*<br>*Carpentry Tools: 500.00*<br>*Recreation Equipment: $350.00*<br>*Other Personal Items: $500.00* | $3,100.00 |
|---|---|

**15.  Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ..........................................................................

| $18,870.00 |
|---|

**Part 4:    Describe Your Financial Assets**

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own?<br>Do not deduct secured claims or exemptions. |
|---|---|

| Debtor 1 | *Colin Robert Crossman* | | |
|---|---|---|---|
| Debtor 2 | *Deanna Marie Crossman* | | |
| | | Case number *(if known)* | **18-04668-5** |

**16. Cash**

   *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No

■ Yes...........................................................................................................

| | | *Cash* | *$0.00* |
|---|---|---|---|

**17. Deposits of money**

   *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No

■ Yes.......................

   Institution name:

| 17.1. | *Checking* | *Simple* | *$1,015.05* |
|---|---|---|---|
| 17.2. | *Savings* | *Simple* | *$0.22* |
| 17.3. | *Checking* | *Simple* | *$0.51* |
| 17.4. | *Checking* | *Simple* | *$0.00* |
| 17.5. | *Checking* | *Pinnacle Financial Partners - Acct. 6857*<br>*Balance: -$661.42* | *$0.00* |
| 17.6. | *Checking* | *USAA* | *$100.30* |
| 17.7. | | *CalTech Credit Union* | *$15.15* |

**18. Bonds, mutual funds, or publicly traded stocks**

   *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☐ No

■ Yes..................

   Institution or issuer name:

| | *Robin Hood*<br>*Ticker: CHK*<br>*Shares: 1*<br>*Value/Share: $4.08* | *$4.08* |
|---|---|---|
| | *Robin Hood*<br>*Ticker: BLOK*<br>*Shares: 5*<br>*Value/share: $19.78* | *$98.90* |
| | *Acorns*<br>*Ticker: VEA*<br>*Shares: 12.30401*<br>*Value/Share: $43.88* | *$539.90* |

Official Form 106A/B

Schedule A/B: Property

page 4

| Debtor 1 | *Colin Robert Crossman* | | |
|---|---|---|---|
| Debtor 2 | *Deanna Marie Crossman* | | |
| | | Case number *(if known)* | **18-04668-5** |

| | |
|---|---|
| *Acorns*<br>*Ticker: VOO*<br>*Shares: 4.95959*<br>*Value/Share: $258.40* | *$1,281.56* |
| *Acorns*<br>*Ticker: LQD*<br>*Shares: 2.90643*<br>*Value/Share: $115.76* | *$336.45* |
| *Acorns*<br>*Ticker: VNQ*<br>*Shares: 3.32789* | *$81.94* |
| *Acorns*<br>*Ticker: VWO*<br>*Shares: 3.11489*<br>*Value/Share: 43.88* | *$136.68* |
| *Acorns*<br>*Ticker: VB*<br>*Shares: 2.92189*<br>*Value/Share: $158.50* | *$463.12* |
| *Acorns*<br>*Ticker: SHY*<br>*Shares: 4.01691*<br>*Value/Share: $83.19* | *$334.17* |

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

■ No
☐ Yes.  Give specific information about them....................

Name of entity:                                  % of ownership:

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
   *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
   *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

■ No
☐ Yes. Give specific information about them

Issuer name:

21. **Retirement or pension accounts**
   *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☐ No
■ Yes. List each account separately.

| Type of account: | Institution name: | |
|---|---|---|
| *403(b)* | *Vanguard*<br>*403(b)* | *$4,017.15* |
| *IRA* | *Merill Lynch Simple IRA* | *$597.26* |
| *IRA* | *Merill Lynch Simple IRA* | *$388.47* |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

| Debtor 1 | *Colin Robert Crossman* | | |
|---|---|---|---|
| Debtor 2 | *Deanna Marie Crossman* | | |
| | | Case number *(if known)* | **18-04668-5** |

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
■ No
☐ Yes. .....................                  Institution name or individual:

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
■ No
☐ Yes............      Issuer name and description.

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
☐ No
■ Yes............      Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

| *529 Plan for Minor Child* | *$400.00* |
|---|---|

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
☐ No
■ Yes. Give specific information about them...

| *Future or contingent beneficiary of parents' trusts, unknown interest and cannot draw funds* | *$0.00* |
|---|---|

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
■ No
☐ Yes. Give specific information about them...

**27. Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
■ No
☐ Yes. Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

**28. Tax refunds owed to you**
■ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

**29. Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
■ No
☐ Yes. Give specific information......

**30. Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security
benefits; unpaid loans you made to someone else
☐ No
■ Yes. Give specific information..

| *Memento Mori, LLC* *Business Loan* | *$317,443.21* |
|---|---|

| Debtor 1 | *Colin Robert Crossman* | | |
|---|---|---|---|
| Debtor 2 | *Deanna Marie Crossman* | Case number *(if known)* | **18-04668-5** |

| | |
|---|---|
| *Patrick & Sharalyn Larive*<br>*Lawsuit Default (10CVS20005)*<br>*Not collectable* | *$0.00* |

**31. Interests in insurance policies**

 *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

 ☐ No

 ■ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| *Protective*<br>*Term Life Insurance* | *Deanna* | *$0.00* |
| *Protective*<br>*Term Life Insurance* | *Colin* | *$0.00* |
| *Northwestern Mutual*<br>*Term Life Insurance* | *Deanna* | *$0.00* |
| *Northwestern Mutual*<br>*Whole Life Insurance* | *Colin* | *$9,057.87* |
| *Northwestern Mutual*<br>*Whole Life Insurance* | *Colin* | *$10,181.85* |
| *Northwestern Mutual*<br>*Term Life Insurance* | *Deanna* | *$0.00* |
| *Northwestern Mutual*<br>*Term Life Insurance* | *Colin* | *$0.00* |
| *Prudential*<br>*Term Life Insurance* | *Deanna* | *$0.00* |
| *Prudential*<br>*Term Life Insurance* | *Colin* | *$0.00* |

**32. Any interest in property that is due you from someone who has died**

 If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

 ■ No

 ☐ Yes. Give specific information..

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

 *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

 ☐ No

 ■ Yes. Describe each claim.........

| Debtor 1 | *Colin Robert Crossman* | | |
|---|---|---|---|
| Debtor 2 | *Deanna Marie Crossman* | Case number *(if known)* | **18-04668-5** |

| | |
|---|---|
| *Insurance claim of Colin Crossman against Westfield Insurance Company for coverage under a policy insuring Debtors as member/managers of Mt Charleston Landlord, LLC, in connection with defending a Nevada lawsuit, case no. A-18-781311-C, Dept. 32, Eight Judicial District Court, Clark County, NV.* | *Unknown* |
| *Insurance claim of Deanna Crossman against Westfield Insurance Company for coverage under a policy insuring Debtors as member/managers of Mt Charleston Landlord, LLC, in connection with defending a Nevada lawsuit, case no. A-18-781311-C, Dept. 32, Eight Judicial District Court, Clark County, NV.* | *Unknown* |

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
   - ☒ No
   - ☐ Yes.  Describe each claim.........

35. **Any financial assets you did not already list**
   - ☒ No
   - ☐ Yes.  Give specific information..

36.  **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**....................................................................................................................

| |
|---|
| **$346,493.84** |

| **Part 5:** | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |
|---|---|

37. **Do you own or have any legal or equitable interest in any business-related property?**
   - ☐ No. Go to Part 6.
   - ☒ Yes.  Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**
   - ☒ No
   - ☐ Yes.  Describe.....

39. **Office equipment, furnishings, and supplies**
   *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
   - ☒ No
   - ☐ Yes.  Describe.....

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
   - ☒ No
   - ☐ Yes.  Describe.....

41. **Inventory**
   - ☒ No
   - ☐ Yes.  Describe.....

42. **Interests in partnerships or joint ventures**
   - ☐ No
   - ☐ Yes.  Give specific information about them...................

Debtor 1    *Colin Robert Crossman*
Debtor 2    *Deanna Marie Crossman*

Case number *(if known)*    18-04668-5

| Name of entity: | % of ownership: | | |
|---|---|---|---|
| *Memento Mori, LLC* *304 Mayton View Lane, Cary, NC 27511* | *80.46* | % | *Unknown* |
| *Boutique NV, LLC* | *100* | % | *Unknown* |
| *PhD Posters, LLC* *Only owns 15%. does not participate in day-to-day operations* | *15* | % | *Unknown* |
| *Blind Bull Distillery, LLC* *Administratively Dissolved 2017* | *100* | % | *$0.00* |
| *Crossman Properties, LLC* | *100* | % | *$0.00* |

43. **Customer lists, mailing lists, or other compilations**
   ■ No.
   ☐ **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

   ■ No
   ☐ Yes.  Describe.....

44. **Any business-related property you did not already list**
   ■ No
   ☐ Yes. Give specific information.........

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here**.................................................................................................................

   *$0.00*

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
   ■ No. Go to Part 7.
   ☐ Yes.  Go to line 47.

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |
|---|---|

53. **Do you have other property of any kind you did not already list?**
   *Examples:* Season tickets, country club membership
   ■ No
   ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here**  ....................................

   *$0.00*

Debtor 1     *Colin Robert Crossman*
Debtor 2     *Deanna Marie Crossman*

Case number *(if known)*     **18-04668-5**

| Part 8: | List the Totals of Each Part of this Form |
|---------|-------------------------------------------|

| | | | | |
|---|---|---|---|---|
| 55. | **Part 1: Total real estate, line 2** ................................................................................... | | | *$0.00* |
| 56. | **Part 2: Total vehicles, line 5** | | *$45,250.00* | |
| 57. | **Part 3: Total personal and household items, line 15** | | *$18,870.00* | |
| 58. | **Part 4: Total financial assets, line 36** | | *$346,493.84* | |
| 59. | **Part 5: Total business-related property, line 45** | | *$0.00* | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | | *$0.00* | |
| 61. | **Part 7: Total other property not listed, line 54** | + | *$0.00* | |

| | | | | | |
|---|---|---|---|---|---|
| 62. | **Total personal property.** Add lines 56 through 61... | *$410,613.84* | Copy personal property total | | *$410,613.84* |

63.   **Total of all property on Schedule A/B.** Add line 55 + line 62

| |
|---|
| *$410,613.84* |

Schedule A/B: Property

Rev. 3/2016

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA

IN THE MATTER OF:                                                                                    CASE NUMBER:
**Colin Robert Crossman**                                                                        **18-04668-5**
**Deanna Marie Crossman**
    Debtor(s).

***AMENDED***
SCHEDULE C-1 - PROPERTY CLAIMED AS EXEMPT

    We,   __Colin Robert Crossman and Deanna Marie Crossman__   , claim the following property as exempt pursuant to 11 U.S.C. § 522 and the laws of the State of North Carolina, and nonbankruptcy Federal law:  **(Attach additional sheets if necessary)**.

    1.  NCGS 1C-1601(a)(1) (NC Const., Article X, Section 2) REAL OR PERSONAL PROPERTY USED AS A RESIDENCE OR BURIAL PLOT (The exemption is not to exceed $35,000; however, an unmarried debtor who is 65 years of age or older is entitled to retain an aggregate interest in the property not to exceed $60,000 in value so long as the property was previously owned by the debtor as a tenant by the entireties or as a joint tenant with rights of survivorship and the former co-owner of the property is deceased, in which case the debtor must specify his/her age and the name of the former co-owner, if a child use initials only, of the property below).

| Description of Property and Address | Market Value | Owner (D1)Debtor 1 (D2)Debtor 2 (J)Joint | Mortgage Holder or Lien Holder | Amount of Mortgage or Lien | Net Value | Value Claimed as Exempt Pursuant to NCGS 1C-1601(a)(1) |
|---|---|---|---|---|---|---|
| **-NONE-** | | | | | | |

Debtor's Age:
Name of former co-owner: _____

VALUE OF REAL ESTATE CLAIMED AS EXEMPT PURSUANT TO NCGS 1C-1601(a)(1):  $        ***0.00***

    2.  NCGS 1C-1601(a)(3) MOTOR VEHICLE (The exemption in one vehicle is not to exceed $3,500).

| Model, Year Style of Auto | Market Value | Owner (D1)Debtor 1 (D2)Debtor 2 (J)Joint | Lien Holder | Amount of Lien | Net Value | Value Claimed as Exempt Pursuant to NCGS 1C-1601(a)(3) |
|---|---|---|---|---|---|---|
| **2004 Toyota Highlander 122,150 miles** | **8,575.00** | **D1** | | | **8,575.00** | **3,500.00** |
| **2009 Toyota Prius 136,108 miles** | **8,050.00** | **D2** | | | **8,050.00** | **3,500.00** |

VALUE OF MOTOR VEHICLE CLAIMED AS EXEMPT PURSUANT TO NCGS 1C-1601(a)(3):  $    ***7,000.00***

    3.  NCGS 1C-1601(a)(4) (NC Const., Article X, Section 1) PERSONAL OR HOUSEHOLD GOODS (The debtor's aggregate interest is not to exceed $5,000 plus $1,000 for each dependent of the debtor, not to exceed $4,000 total for dependents).  The number of dependents for exemption purposes is  **_2_** .

| Description of Property | Market Value | Owner (D1)Debtor 1 (D2)Debtor 2 (J)Joint | Lien Holder | Amount of Lien | Net Value | Claimed as Exempt Pursuant to NCGS 1C-1601(a)(4) |
|---|---|---|---|---|---|---|
| **Clothing** | **150.00** | **J** | | | **150.00** | **100%** |
| **Jewelry** | **8,000.00** | **J** | | | **8,000.00** | **100%** |
| **Small Kitchen Appliances: $100.00 Living Room Furniture: $500.00 Den Furniture: $100.00 Bedroom Furniture: $100.00 Dining Room Furniture: $100.00 Books: $50.00** | **3,250.00** | **J** | | | **3,250.00** | **2,000.00** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Description of Property | Market Value | Owner (D1)Debtor 1 (D2)Debtor 2 (J)Joint | Lien Holder | Amount of Lien | Net Value | Claimed as Exempt Pursuant to NCGS 1C-1601(a)(4) |
|---|---|---|---|---|---|---|
| *Small Kitchen Appliances: $100.00 Living Room Furniture: $500.00 Den Furniture: $100.00 Bedroom Furniture: $100.00 Dining Room Furniture: $100.00 Books: $50.00* | *3,250.00* | *J* | | | *3,250.00* | *1,250.00* |
| *TV: $45.00 Other Video Equipment: $150.00 Stereo Equipment: $25.00 Computer Accessories: $500.00* | *720.00* | *J* | | | *720.00* | *600.00* |

**VALUE CLAIMED AS EXEMPT PURSUANT TO NCGS 1C-1601(a)(4):  $     12,000.00**

4. NCGS 1C-1601(a)(5) TOOLS OF TRADE (The debtor's aggregate interest is not to exceed $2,000 in value).

| Description | Market Value | Owner (D1)Debtor 1 (D2)Debtor 2 (J)Joint | Lien Holder | Amount of Lien | Net Value | Value Claimed as Exempt Pursuant to NCGS 1C-1601(a)(5) |
|---|---|---|---|---|---|---|
| *Power Tools: $1,000.00 Carpentry Tools: 500.00 Recreation Equipment: $350.00 Other Personal Items: $500.00* | *3,100.00* | *J* | | | *3,100.00* | *1,500.00* |

**VALUE CLAIMED AS EXEMPT  PURSUANT TO NCGS 1C-1601(a)(5):  $      1,500.00**

5.  NCGS 1C-1601(a)(6) LIFE INSURANCE (NC Const., Article X, Section 5).

| Description\Insured\Last Four Digits of Policy Number\Beneficiary(if child, initials only) | | Cash Value |
|---|---|---|
| *Northwestern Mutual Term Life Insurance Beneficiary: Deanna* | | *0.00* |
| *Northwestern Mutual Term Life Insurance Beneficiary: Deanna* | | *0.00* |
| *Northwestern Mutual Term Life Insurance Beneficiary: Colin* | | *0.00* |
| *Northwestern Mutual Whole Life Insurance Beneficiary: Colin* | | *9,057.87* |
| *Northwestern Mutual Whole Life Insurance Beneficiary: Colin* | | *10,181.85* |
| *Protective Term Life Insurance Beneficiary: Colin* | | *0.00* |

| Description\Insured\Last Four Digits of Policy Number\Beneficiary(if child, initials only) | Cash Value |
|---|---|
| *Protective*<br>*Term Life Insurance*<br>*Beneficiary: Deanna* | *0.00* |
| *Prudential*<br>*Term Life Insurance*<br>*Beneficiary: Colin* | *0.00* |
| *Prudential*<br>*Term Life Insurance*<br>*Beneficiary: Deanna* | *0.00* |

6. NCGS 1C-1601(a)(7) PROFESSIONALLY PRESCRIBED HEALTH AIDS (For Debtor or Debtor's Dependents, no limit on value).

| Description |
|---|
| *-NONE-* |

7. NCGS 1C-1601(a)(8)  COMPENSATION FOR PERSONAL INJURY, INCLUDING COMPENSATION FROM PRIVATE DISABILITY POLICIES OR ANNUITIES, OR COMPENSATION FOR DEATH OF A PERSON UPON WHOM THE DEBTOR WAS DEPENDENT FOR SUPPORT. COMPENSATION NOT EXEMPT FROM RELATED LEGAL, HEALTH OR FUNERAL EXPENSE.

| Description AND Source of Compensation, Including Name (If child, initials only) & Last Four Digits of Account Number of any Disability Policy/Annuity |
|---|
| *-NONE-* |

8. NCGS 1C-1601(a)(2) ANY PROPERTY (Debtor's aggregate interest in any property is not to exceed $5,000 in value of any unused exemption amount to which the debtor is entitled under NCGS 1C-1601(a)(1)).

| Description of Property and Address | Market Value | Owner (D1)Debtor 1 (D2)Debtor 2 (J)Joint | Lien Holder | Amount of Lien | Net Value | Value Claimed as Exempt Pursuant to NCGS 1C-1601(a)(2) |
|---|---|---|---|---|---|---|
| *2004 Toyota Highlander 122,150 miles* | *8,575.00* | *D1* | | | *8,575.00* | *5,000.00* |
| *2009 Toyota Prius 136,108 miles* | *8,050.00* | *D2* | | | *8,050.00* | *4,550.00* |
| *Acorns Ticker: VEA Shares: 12.30401 Value/Share: $43.88* | *539.90* | *J* | | | *539.90* | *359.85* |
| *CalTech Credit Union* | *15.15* | *D2* | | | *15.15* | *15.15* |

**VALUE CLAIMED AS EXEMPT  PURSUANT TO NCGS 1C-1601(a)(2):  $      *9,925.00***

9. NCGS 1C-1601(a)(9) and 11 U.S.C. § 522  INDIVIDUAL RETIREMENT PLANS & RETIREMENT FUNDS, as defined in the Internal Revenue Code, and any plan treated in the same manner as an individual retirement plan, including individual retirement accounts and Roth retirement accounts as described in §§ 408(a) and 408A of the Internal Revenue Code, individual retirement annuities as described in § 408(b) of the Internal Revenue Code, accounts established as part of a trust described in § 408(c) of the Internal Revenue Code, and funds in an account exempt from taxation under § 401, 403, 408, 408A, 414, 457, or 510(a) of the Internal Revenue Code. For purposes of this subdivision, "Internal Revenue Code" means Code as defined in G.S. 105-228.90.

| Type of Account\Location of Account\Last Four Digits of Account Number |
|---|
| *403(b): Vanguard*<br>*403(b)* |
| *IRA: Merill Lynch Simple IRA* |
| *IRA: Merill Lynch Simple IRA* |

10. NCGS 1C-1601(a)(10) FUNDS IN A COLLEGE SAVINGS PLAN, as qualified under § 529 of the Internal Revenue Code, and that are not otherwise excluded from the estate pursuant to 11 U.S.C. §§ 541(b)(5)-(6), (e), not to exceed a cumulative limit of $25,000. If funds were placed in a college savings plan within the 12 months prior to filing, the contributions must have been made in the ordinary course of the debtor's financial affairs and must have been consistent with the debtor's past pattern of contributions. The exemption applies to funds for a child of the debtor that will actually be used for the child's college or university expenses.

| College Savings Plan\Last Four Digits of Account Number\Value\Initials of Child Beneficiary |
|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                              Best Case Bankruptcy

| College Savings Plan\Last Four Digits of Account Number\Value\Initials of Child Beneficiary |
|---|
| **529 Plan for Minor Child** |

11. NCGS 1C-1601(a)(11) RETIREMENT BENEFITS UNDER THE RETIREMENT PLANS OF OTHER STATES AND GOVERNMENTAL UNITS OF OTHER STATES (The debtor's interest is exempt only to the extent that these benefits are exempt under the laws of the state or governmental unit under which the benefit plan is established).

| Name of Retirement Plan\State Governmental Unit\Last Four Digits of Identifying Number |
|---|
| *-NONE-* |

12. NCGS 1C-1601(a)(12) ALIMONY, SUPPORT, SEPARATE MAINTENANCE, AND CHILD SUPPORT PAYMENTS OR FUNDS THAT HAVE BEEN RECEIVED OR TO WHICH THE DEBTOR IS ENTITLED (The debtor's interest is exempt to the extent the payments or funds are reasonably necessary for the support of the debtor or any dependent of the debtor).

| Type of Support\Amount\Location of Funds |
|---|
| *-NONE-* |

13. TENANCY BY THE ENTIRETY. The following property is claimed as exempt pursuant to 11 U.S.C. § 522 and the law of the State of North Carolina pertaining to property held as tenants by the entirety.

| Description of Property and Address | Market Value | Lien Holder | Amount of Lien | Net Value |
|---|---|---|---|---|
| *-NONE-* | | | | |

VALUE CLAIMED AS EXEMPT:  $    *0.00*

14. NORTH CAROLINA PENSION FUND EXEMPTIONS

| | *-NONE-* | |
|---|---|---|

15. OTHER EXEMPTIONS CLAIMED UNDER LAWS OF THE STATE OF NORTH CAROLINA

| | *-NONE-* | |
|---|---|---|

16. FEDERAL PENSION FUND EXEMPTIONS

| | *-NONE-* | |
|---|---|---|

17. OTHER EXEMPTIONS CLAIMED UNDER NONBANKRUPTCY FEDERAL LAW

| | *-NONE-* | |
|---|---|---|

18. RECENT PURCHASES

(a). List tangible personal property purchased by the debtor within ninety (90) days of the filing of the bankruptcy petition.

| Description | Market Value | Lien Holder | Amount of Lien | Net Value |
|---|---|---|---|---|
| *-NONE-* | | | | |

(b). List any tangible personal property from 18(a) that is directly traceable to the liquidation or conversion of property that may be exempt and that was not acquired by transferring or using additional property.

| Description of Replacement Property | Description of Property Liquidated or Converted that May Be Exempt |
|---|---|
| | |

19. The debtor's property is subject to the following claims:

a.  Of the United States or its agencies as provided by federal law.

b.  Of the State of North Carolina or its subdivisions for taxes, appearance bonds or fiduciary bonds;

c.  Of a lien by a laborer for work done and performed for the person claiming the exemption, but only as to the specific property affected.

d.  Of a lien by a mechanic for work done on the premises, but only as to the specific property affected.

e.  For payment of obligations contracted for the purchase of specific real property affected.

f.  For contractual security interests in specific property affected; provided, that the exemptions shall apply to the debtor's household goods notwithstanding any contract for a nonpossessory, nonpurchase money security interest in any such goods.

g.  For statutory liens, on the specific property affected, other than judicial liens.

h.  For child support, alimony or distributive award order pursuant to Chapter 50 of the General Statutes of North Carolina.

i.  For criminal restitution orders docketed as civil judgments pursuant to G.S. 15A-1340.38.

j.  Debts of a kind specified in 11 U.S.C. § 523(a)(1) (certain taxes), (5) (domestic support obligations).

k.  Debts of a kind specified in 11 U.S.C. § 522(c).

| Claimant | Nature of Claim | Amount of Claim | Description of Property | Value of Property | Net Value |
|---|---|---|---|---|---|
| *Suntrust* | | 26,768.78 | *2016 Ford Transit Van 37,769 miles SC(1): SunTrust Amt: $26,768.76 Used for business* | 28,625.00 | 1,856.22 |

None of the property listed in paragraph 18(a), except qualified replacement property under 18(b), has been included in this claim of exemptions.

None of the claims listed in paragraph 19 is subject to this claim of exemptions.

I declare that to the extent any exemptions I have claimed appear on its face to exceed the amount allowed by the applicable statute, I claim only the maximum amount allowed by statute.

UNSWORN DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF INDIVIDUAL
TO SCHEDULE C-1 - PROPERTY CLAIMED AS EXEMPT

We, __*Colin Robert Crossman and Deanna Marie Crossman*__, declare under penalty of perjury that I have read the foregoing Schedule C-1 - Property Claimed as Exempt, consisting of 5 sheets, and that they are true and correct to the best of my knowledge, information and belief.

Executed on: ___11/28/18___

_____
*Colin Robert Crossman*
              Debtor

_____
*Deanna Marie Crossman*
              Debtor 2

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | *Colin Robert Crossman* |
| | First Name   Middle Name   Last Name |
| Debtor 2 | *Deanna Marie Crossman* |
| (Spouse if, filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NORTH CAROLINA |
| Case number | *18-04668-5* |
| (if known) | |

■ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims against you?**
    ☐ No. Go to Part 2.
    ■ Yes.

2.  **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

    (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

| 2.1 | **Dept. of Employment Security** | Last 4 digits of account number _____ | *Unknown* | *Unknown* | *Unknown* |
|---|---|---|---|---|---|

Priority Creditor's Name
**Attn: Managing Agent**
**P.O. Box 25903**
**Raleigh, NC 27611-5903**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt? Check one.**
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

*For Notice Purposes Only*

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          44227          Best Case Bankruptcy

Debtor 1  **Colin Robert Crossman**

Debtor 2  **Deanna Marie Crossman**

Case number (if known)  **18-04668-5**

---

| 2.2 | **Durham County Tax Administration** | Last 4 digits of account number  **3531** | **$7,297.64** | **$7,297.64** | **$0.00** |

Priority Creditor's Name

**200 East Main Street**
**1st Floor, Old Courthouse**
**Durham, NC 27701**

Number Street City State ZIp Code

When was the debt incurred?  **July-September**

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- **☐ Check if this claim is for a  community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of PRIORITY unsecured claim:**

- ☐ Domestic support obligations
- ■ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify _____

*Occupancy Tax*

---

| 2.3 | **Internal Revenue Service** | Last 4 digits of account number  **1139** | **$175,747.00** | **$175,747.00** | **$0.00** |

Priority Creditor's Name

**Centralized Insolvency Operations**
**P.O. Box 7346**
**Philadelphia, PA 19114-0326**

Number Street City State ZIp Code

When was the debt incurred?  _____

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- **☐ Check if this claim is for a  community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of PRIORITY unsecured claim:**

- ☐ Domestic support obligations
- ■ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify _____

*Federal Withholding*

---

| 2.4 | **NC Department of Revenue** | Last 4 digits of account number  **3531** | **$23,889.00** | **$23,889.00** | **$0.00** |

Priority Creditor's Name

**Attn: Bankruptcy Department**
**P.O. Box 1168**
**Raleigh, NC 27602-1168**

Number Street City State ZIp Code

When was the debt incurred?  _____

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- **☐ Check if this claim is for a  community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of PRIORITY unsecured claim:**

- ☐ Domestic support obligations
- ■ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify _____

*State Withholding*

---

| Debtor 1 | *Colin Robert Crossman* | | |
|---|---|---|---|
| Debtor 2 | *Deanna Marie Crossman* | Case number *(if known)* | **18-04668-5** |

| 2.5 | **NC Department of Revenue** | Last 4 digits of account number | *0136* | *$9,180.54* | *$9,180.54* | *$0.00* |

Priority Creditor's Name
**Attn: Bankruptcy Department**
**P.O. Box 1168**
**Raleigh, NC 27602-1168**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____
                        *SUI*

---

| 2.6 | **Wake County Dept. of Revenue** | Last 4 digits of account number | *0145* | *$22,545.28* | *$22,545.28* | *$0.00* |

Priority Creditor's Name
**Attn: Managing Agent**
**P.O. Box 2331**
**Raleigh, NC 27602**

When was the debt incurred? *July-September*

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____
                        *Occupancy Tax*

---

| 2.7 | **Wake County Dept. of Revenue** | Last 4 digits of account number | *0785* | *$4,387.87* | *$4,387.87* | *$0.00* |

Priority Creditor's Name
**Attn: Managing Agent**
**P.O. Box 2331**
**Raleigh, NC 27602**

When was the debt incurred? *7/20/18*

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____
                        *Food Tax*

---

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |

**3.   Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes.

**4.   List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority

Debtor 1    **Colin Robert Crossman**
Debtor 2    **Deanna Marie Crossman**

Case number (if known)    **18-04668-5**

unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | Total claim |
|---|---|---|

| 4.1 | **Allen Grading Co, Inc.** | | Last 4 digits of account number _____ | | **$0.00** |
|---|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Managing Agent**
**1452 Stevens Mill Road**
**Goldsboro, NC 27530**

When was the debt incurred?    **2/10/2017**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Judgment 17 CVS 1468**

| 4.2 | **Allen Wilcox** | | Last 4 digits of account number _____ | | $13,571.47 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Managing Agent**
**213 Watts Street**
**Durham, NC 27701**

When was the debt incurred?    **4/3/2009**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Loan**

| 4.3 | **Amadeus Hospitality Americas, Inc** | | Last 4 digits of account number _____ | | $0.00 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Managing Agent**
**29618 Network Place**
**Chicago, IL 60673**

When was the debt incurred?    _____

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Debt Listed in Memento Mori, LLC Ch. 11 For Notice Purposes**

Debtor 1 **Colin Robert Crossman**
Debtor 2 **Deanna Marie Crossman**

Case number (if known)   **18-04668-5**

---

| 4.4 | **American Express** | Last 4 digits of account number | **1007** | | **$4,786.97** |

Nonpriority Creditor's Name

**Attn: Managing Agent
PO Box 981535
El Paso, TX 79998-1535**

**When was the debt incurred?**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  *Debt of Memento Mori, LLC - Debtors Guaranteed*

---

| 4.5 | **American Express** | Last 4 digits of account number | **3008** | | **$4,906.49** |

Nonpriority Creditor's Name

**Attn: Managing Agent
PO Box 981535
El Paso, TX 79998-1535**

**When was the debt incurred?**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  *Debt of Crossman Properties LLC - Debtors Guaranteed*

---

| 4.6 | **American Express** | Last 4 digits of account number | **2653** | | **$35,950.00** |

Nonpriority Creditor's Name

**Attn: Managing Agent
PO Box 981535
El Paso, TX 79998-1535**

**When was the debt incurred?**  *Opened 08/01  Last Active 8/27/18*

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  *Credit Card*

---

Debtor 1 **Colin Robert Crossman**
Debtor 2 **Deanna Marie Crossman**

Case number (if known) **18-04668-5**

| | | | | |
|---|---|---|---|---|
| 4.7 | **American Express** | **Last 4 digits of account number** | **5006** | $39,380.98 |

Nonpriority Creditor's Name
**Attn: Managing Agent**
**PO Box 981535**
**El Paso, TX 79998-1535**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Credit Card**

---

| | | | | |
|---|---|---|---|---|
| 4.8 | **American Express Bank, FSB** | **Last 4 digits of account number** | | $0.00 |

Nonpriority Creditor's Name
**Attn: Managing Agent**
**4315 South 2700 West**
**Salt Lake City, UT 84184**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**When was the debt incurred?** **3/6/2014**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Blanket Lien**
**Debt Listed in Memento Mori, LLC Ch. 11**
**For Notice Purposes**

---

| | | | | |
|---|---|---|---|---|
| 4.9 | **American Express Bank, FSB** | **Last 4 digits of account number** | | $0.00 |

Nonpriority Creditor's Name
**Attn: Managing Agent**
**4315 South 2700 West**
**Salt Lake City, UT 84184**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**When was the debt incurred?** **1/6/2015**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Blanket Lien**
**Debt Listed in Memento Mori, LLC Ch. 11**
**For Notice Purposes**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor 1 | *Colin Robert Crossman* | | |
|---|---|---|---|
| Debtor 2 | *Deanna Marie Crossman* | Case number (if known) | *18-04668-5* |

---

**4.10**

*Andrea Shibley*
Nonpriority Creditor's Name
*Attn: Managing Agent*
*3738 Edgevale Rd*
*Ottawa Hills, OH 43606*
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **$37,435.00**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   *Loan*

---

**4.11**

*Ashworth Family Limited Partnership*
Nonpriority Creditor's Name
*Attn: Managing Agent*
*P.O. Box 98*
*Cary, NC 27512*
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **$25,000.00**

When was the debt incurred?   *10/7/2014*

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   *Business Loan*

---

**4.12**

*Bank of America*
Nonpriority Creditor's Name
*Attn: Bankruptcy/Managing Agent*
*PO Box 982238*
*El Paso, TX 79998*
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   *9647*    **$8,964.00**

When was the debt incurred?   *Opened 11/01  Last Active 8/31/18*

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   *Credit Card*

---

Debtor 1  **Colin Robert Crossman**
Debtor 2  **Deanna Marie Crossman**

Case number (if known)   **18-04668-5**

---

| 4.1 3 | | | |
|---|---|---|---|

**Bank of America**

Nonpriority Creditor's Name

**Attn: Bankruptcy/Managing Agent**
**PO Box 982238**
**El Paso, TX 79998**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1732**

**$15,312.29**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit Card**

---

| 4.1 4 | | | |
|---|---|---|---|

**Brian S. Garrett**

Nonpriority Creditor's Name

**Attn: Managing Agent**
**307 Malvern Hill Lane**
**Morrisville, NC 27560-9972**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   _____

**$40,000.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Loan**
   **Debt of Mayton Landlord, LLC Debtors**
   **Guaranteed**

---

| 4.1 5 | | | |
|---|---|---|---|

**Bryn Mawr Equipment Finance, Inc.**

Nonpriority Creditor's Name

**Attn: Managing Agent**
**620 West Germantown Pike #310**
**Plymouth Meeting, PA 19462**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   _____

**$0.00**

**When was the debt incurred?**   **12/16/2015**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Debt Listed in Memento Mori, LLC Ch. 11**
   **For Notice Purposes**

---

Debtor 1  **Colin Robert Crossman**
Debtor 2  **Deanna Marie Crossman**

Case number (if known)  **18-04668-5**

---

**4.16**

**Budd-Piper Roofing, Inc.**

Nonpriority Creditor's Name

**Attn: Managing Agent**
**506 Ramseur Street**
**Durham, NC 27701**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____        $0.00

When was the debt incurred?   **5/4/2016**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   *Claim of Lien 16 M 1882 against Company Property*
                   *For notice purposes only*

---

**4.17**

**Catherine Jernigan**

Nonpriority Creditor's Name

**Attn: Managing Agent**
**7727 Orange Grove Road**
**Chapel Hill, NC 27516**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____        $27,803.47

When was the debt incurred?   **7/14/2008**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Loan**

---

**4.18**

**Chase Bank**

Nonpriority Creditor's Name

**Attn:  Managing Agent**
**PO Box 15298**
**Wilmington, DE 19850**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number   **8292**        $21,469.06

When was the debt incurred?   _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Debt of DMC Restoration, LLC - Debtors**
                   **Guaranteed**

---

| Debtor 1 | **Colin Robert Crossman** | | |
|---|---|---|---|
| Debtor 2 | **Deanna Marie Crossman** | Case number (if known) | **18-04668-5** |

| 4.19 | **Chase Bank** | Last 4 digits of account number | **9238** | **$5,992.78** |

Nonpriority Creditor's Name
**Attn: Managing Agent**
**PO Box 15298**
**Wilmington, DE 19850**
Number Street City State Zip Code

When was the debt incurred?  **Opened 01/99  Last Active 8/31/18**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit Card**

| 4.20 | **Citi Cards** | Last 4 digits of account number | **4317** | **$35,753.13** |

Nonpriority Creditor's Name
**Attn: Managing Agent**
**PO Box 6500**
**Sioux Falls, SD 57117**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Memento Mori, LLC - Debtors Guaranteed**

| 4.21 | **Citi Cards** | Last 4 digits of account number | **4324** | **$4,455.00** |

Nonpriority Creditor's Name
**Attn: Managing Agent**
**PO Box 6500**
**Sioux Falls, SD 57117**
Number Street City State Zip Code

When was the debt incurred?  **Opened 12/11  Last Active 8/13/18**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit Card**

Debtor 1 **Colin Robert Crossman**
Debtor 2 **Deanna Marie Crossman**

Case number (if known)    **18-04668-5**

---

| 4.2 2 | **Citi Cards** | Last 4 digits of account number | **7643** | $4,298.00 |

Nonpriority Creditor's Name
**Attn:  Managing Agent**
**PO Box 6500**
**Sioux Falls, SD 57117**

When was the debt incurred?    **Opened 06/15  Last Active 8/08/18**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☑ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☑ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

☑ Other. Specify    **Credit Card**

---

| 4.2 3 | **Citi Cards** | Last 4 digits of account number | **4325** | $33,196.43 |

Nonpriority Creditor's Name
**Attn:  Managing Agent**
**PO Box 6500**
**Sioux Falls, SD 57117**

When was the debt incurred?

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☑ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☑ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

☑ Other. Specify    **Debt Listed in Memento Mori, LLC Ch. 11 For Notice Purposes**

---

| 4.2 4 | **Comenity Bank/Wayfair** | Last 4 digits of account number | **9681** | $1,434.00 |

Nonpriority Creditor's Name
**Attn: Bankruptcy Dept/ManagingAgent**
**PO Box 182273**
**Columbus, OH 43218**

When was the debt incurred?    **Opened 03/16  Last Active 8/12/18**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☑ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☑ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

☑ Other. Specify    **Charge Account**

---

| Debtor 1 | *Colin Robert Crossman* |
|---|---|
| Debtor 2 | *Deanna Marie Crossman* |

Case number (*if known*)  **18-04668-5**

---

| 4.2 5 | **Conde Nast Publications, LTD** | Last 4 digits of account number _____ | **$0.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**Vouge House, Hanover Square**
**GRB W1S 1JU**

When was the debt incurred? _____

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Debt Listed in Memento Mori, LLC Ch. 11 For Notice Purposes**

---

| 4.2 6 | **Cotton House Craft Brewers, LLC** | Last 4 digits of account number _____ | **$0.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**Attn: Managing Agent**
**307 S Academy Street**
**Cary, NC 27511**

When was the debt incurred? _____

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Lease of Mayton Garage Debt Listed in Memento Mori, LLC Ch. 11 For Notice Purposes**

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor 1  **Colin Robert Crossman**
Debtor 2  **Deanna Marie Crossman**

Case number (if known)  **18-04668-5**

| 4.2 7 | **Craig Stevens** | Last 4 digits of account number | | $67,017.92 |

Nonpriority Creditor's Name
**Attn: Managing Agent**
**1429 Salem Church Rd**
**Apex, NC 27523**

When was the debt incurred?

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  *Loan*
*Business Debt of Memento Mori, LLC*
*Debtors Guaranteed*

---

| 4.2 8 | **Crave Interactive** | Last 4 digits of account number | | $0.00 |

Nonpriority Creditor's Name
**Attn: Managing Agent**
**7 East 14th St, #PHO**
**New York, NY 10003**

When was the debt incurred?

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  *Debt Listed in Memento Mori, LLC Ch. 11*
*For Notice Purposes*

---

| 4.2 9 | **David Gardner** | Last 4 digits of account number | | $127,057.73 |

Nonpriority Creditor's Name
**Attn: Managing Agent**
**1025 Anna Lake Lane**
**Cary, NC 27513**

When was the debt incurred?  *6/28/2016*

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  *Business Loan*

---

Debtor 1    **Colin Robert Crossman**
Debtor 2    **Deanna Marie Crossman**

Case number (if known)    **18-04668-5**

---

**4.30**

**David Gardner**
Nonpriority Creditor's Name
**Attn: Managing Agent**
**1025 Anna Lake Lane**
**Cary, NC 27513**
Number Street City State ZIp Code
Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____          **$10,000.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    *Business Loan*

---

**4.31**

**Dina Properties, LLC**
Nonpriority Creditor's Name
**Attn: Managing Agent**
**3504 Valley Court**
**Raleigh, NC 27612**
Number Street City State ZIp Code
Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a  community debt**
Is the claim subject to offset?

■ No


☐ Yes

Last 4 digits of account number _____          *Unknown*

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    *Business Loan*
                    *Debt Listed in Memento Mori, LLC Ch. 11*
                    *For Notice Purposes*

---

**4.32**

**Discover Financial Services**
Nonpriority Creditor's Name
**Attn:  Managing Agent**
**P.O. Box 30943**
**Salt Lake City, UT 84130-0943**
Number Street City State ZIp Code
Who incurred the debt? Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number    *1701*          **$2,028.82**

When was the debt incurred?    *Opened 07/15  Last Active 8/19/18*

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    *Credit Card*

---

Debtor 1 **Colin Robert Crossman**
Debtor 2 **Deanna Marie Crossman**

Case number (if known)    **18-04668-5**

| 4.3 3 | **Dixon Hughes Goodman, LLP** | Last 4 digits of account number | **$0.00** |

Nonpriority Creditor's Name
**Attn: Managing Agent
2501 Blue Ridge Road #500
Raleigh, NC 27607**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Accounting Fees
Debt Listed in Memento Mori, LLC Ch. 11
For Notice Purposes**

---

| 4.3 4 | **DN Kisley PE** | Last 4 digits of account number | **$0.00** |

Nonpriority Creditor's Name
**Attn: Managing Agent
115 MacKenan Drive
Cary, NC 27511**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **8/2/2016**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Judgment 16 CVM 9600
Debt Listed in Memento Mori, LLC Ch. 11
For Notice Purposes**

---

| Debtor 1 | *Colin Robert Crossman* |
|----------|-------------------------|
| Debtor 2 | *Deanna Marie Crossman* |

Case number (*if known*)   **18-04668-5**

---

| 4.3 5 | **Duke Energy** | Last 4 digits of account number   *4440* | | *$0.00* |
|-------|-----------------|-------------------------------------------|--|--------|

Nonpriority Creditor's Name
*Attn: Managing Agent*
*PO Box 1003*
*Charlotte, NC 28201*

Number Street City State ZIp Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   *Utilities*
*Debt Listed in Memento Mori, LLC Ch. 11*
*For Notice Purposes*

---

| 4.3 6 | **Duke Energy Progress** | Last 4 digits of account number   *6998* | | *$0.00* |
|-------|--------------------------|-------------------------------------------|--|--------|

Nonpriority Creditor's Name
*Attn: Managing Agent*
*PO Box 1003*
*Charlotte, NC 28201*

Number Street City State ZIp Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   *Utilities*
*Debt Listed in Memento Mori, LLC Ch. 11*
*For Notice Purposes*

---

Debtor 1 **Colin Robert Crossman**
Debtor 2 **Deanna Marie Crossman**

Case number (if known) **18-04668-5**

| 4.3 7 | **Duke Health** | Last 4 digits of account number | 6024 | $1,488.26 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Managing Agent**
**5213 South Alston Ave**
**Durham, NC 27713**

**When was the debt incurred?** _____

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  *Medical Debt*

**Is the claim subject to offset?**

■ No
☐ Yes

---

| 4.3 8 | **Falcon Engineering** | Last 4 digits of account number | | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Managing Agent**
**1210 Trinity Rd, #110**
**Cary, NC 27513**

**When was the debt incurred?** _____

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  *Debt Listed in Memento Mori, LLC Ch. 11 For Notice Purposes*

**Is the claim subject to offset?**

■ No
☐ Yes

---

| 4.3 9 | **Firstmark Services** | Last 4 digits of account number | 5114 | $49,163.14 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Managing Agent**
**P.O. Box 82522**
**Lincoln, NE 68501-2522**

**When was the debt incurred?** _____

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  *Student Loan*

**Is the claim subject to offset?**

■ No
☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor 1  **Colin Robert Crossman**
Debtor 2  **Deanna Marie Crossman**

Case number (if known)   **18-04668-5**

| 4.4 0 | **FLSA** | | Last 4 digits of account number | _____ | | **$2,840.00** |
|---|---|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Managing Agent**
**1731 Round Rock Drive**
**Raleigh, NC 27615**

When was the debt incurred?  _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Debt Listed in Memento Mori, LLC Ch. 11 For Notice Purposes**

| 4.4 1 | **Garrett Capital, LLC** | | Last 4 digits of account number | _____ | | **$0.00** |
|---|---|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Managing Agent**
**3790 Paradise Rd, Ste 250**
**Las Vegas, NV 89169**

When was the debt incurred?  _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   _____

| 4.4 2 | **Great American Insurance Company** | | Last 4 digits of account number | **1058** | | **Unknown** |
|---|---|---|---|---|---|---|

Nonpriority Creditor's Name
**ATTN: Managing Agent**
**301 East Fourth Street, Floor 24N**
**Cincinnati, OH 45202**

When was the debt incurred?  _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Indemnity claim on a bond**

Debtor 1  **Colin Robert Crossman**
Debtor 2  **Deanna Marie Crossman**

Case number (if known)  **18-04668-5**

| | | | |
|---|---|---|---|
| **4.4 3** | **Hal K. Bowman** | Last 4 digits of account number | **$73,852.27** |

Nonpriority Creditor's Name
**Attn: Managing Agent**
**207 Kelso Court**
**Cary, NC 27511**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  *Loan Debt of Mayton Landlord, LLC Debtors Guaranteed*

---

| | | | |
|---|---|---|---|
| **4.4 4** | **Herbert Gardner (estate)** | Last 4 digits of account number | **$74,467.70** |

Nonpriority Creditor's Name
**c/o Lee Gardner**
**2443 Legacy Drive**
**Aurora, IL 60502**

When was the debt incurred?  **7/14/2008**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  *Loan Mayton Landlord, LLC Debtors Guaranteed*

---

| | | | |
|---|---|---|---|
| **4.4 5** | **Ibis Capital Group LLC dba Nugrowth** | Last 4 digits of account number | **$0.00** |

Nonpriority Creditor's Name
**Attn: Managing Agent**
**One Blue Hill Plaza, Suite 1514**
**Pearl River, NY 10965**

When was the debt incurred?  **4/7/2016**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  *Blanket Lien*

---

Debtor 1    **Colin Robert Crossman**
Debtor 2    **Deanna Marie Crossman**

Case number (if known)    **18-04668-5**

| | | |
|---|---|---|
| 4.4 6 | **Joan Austin** | Last 4 digits of account number _____    $28,775.25 |

Nonpriority Creditor's Name
**Attn: Managing Agent**
**701 Watts Street**
**Durham, NC 27701**
Number Street City State ZIp Code

When was the debt incurred?    **7/14/2008**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Loan**

| | | |
|---|---|---|
| 4.4 7 | **Kabbage Loans** | Last 4 digits of account number    **Loan B**    $2,974.15 |

Nonpriority Creditor's Name
**Attn: Managing Agent**
**925 B Peachtree St, #1688**
**Atlanta, GA 30309**
Number Street City State ZIp Code

When was the debt incurred?    _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Loan**
**Debt Listed in Memento Mori, LLC Ch. 11**
**For Notice Purposes**

Debtor 1   **Colin Robert Crossman**
Debtor 2   **Deanna Marie Crossman**

Case number (if known)   **18-04668-5**

| | | |
|---|---|---|
| **4.4 8** | **Kabbage Loans** | |

Nonpriority Creditor's Name

**Attn: Managing Agent
925 B Peachtree St, #1688
Atlanta, GA 30309**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**   **Loan C**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   ***Business Loan
Debt Listed in Memento Mori, LLC Ch. 11
For Notice Purposes***

**$22,493.33**

---

| | | |
|---|---|---|
| **4.4 9** | **Key Equipment Finance** | |

Nonpriority Creditor's Name

**Attn: Managing Agent
1000 S. McCaslin Blvd.
Superior, CO 80027**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**   **$0.00**

**When was the debt incurred?**   **2/10/2016**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   ***Precor Equipment Listed on Invoice
#00902587***

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1 **Colin Robert Crossman**
Debtor 2 **Deanna Marie Crossman**

Case number (*if known*) **18-04668-5**

| 4.50 | **Kim & Leslie Crossman** | Last 4 digits of account number _____ | $225,000.00 |

Nonpriority Creditor's Name
**Attn: Managing Agent**
**3204 Cabarrus Drive**
**Greensboro, NC 27407**
Number Street City State Zip Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  *Business Loan*
*Debt Listed in Memento Mori, LLC Ch. 11*
*For Notice Purposes*

---

| 4.51 | **Laboratory Corporation of Amercia** | Last 4 digits of account number _____ | $500.00 |

Nonpriority Creditor's Name
**Attn:  Managing Agent**
**PO Box 2240**
**Burlington, NC 27216**
Number Street City State Zip Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  *Medical Debt*

| Debtor 1 | *Colin Robert Crossman* | | |
|---|---|---|---|
| Debtor 2 | *Deanna Marie Crossman* | Case number *(if known)* | **18-04668-5** |

| 4.5 2 | **Lee Gardner** | **Last 4 digits of account number** _____ | **$50,000.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**Attn: Managing Agent**
**2443 Legacy Drive**
**Aurora, IL 60502**

Number Street City State ZIp Code

**When was the debt incurred?**  *10/14/2014*

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   ***Business Loan Debt Listed in Memento Mori, LLC Ch. 11 For Notice Purposes***

| 4.5 3 | **Lee Gardner** | **Last 4 digits of account number** _____ | **$34,204.34** |
|---|---|---|---|

Nonpriority Creditor's Name

**Attn: Managing Agent**
**2443 Legacy Drive**
**Aurora, IL 60502**

Number Street City State ZIp Code

**When was the debt incurred?**  *7/14/2008*

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   ***Business Loan Debt Listed in Memento Mori, LLC Ch. 11 For Notice Purposes***

| Debtor 1 | *Colin Robert Crossman* | | |
|---|---|---|---|
| Debtor 2 | *Deanna Marie Crossman* | Case number (if known) | *18-04668-5* |

| 4.5 4 | **Lester A. Coggins, Jr.** | Last 4 digits of account number | | $67,458.77 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Attn: Managing Agent**
**9595 Silver Lake Drive**
**Leesburg, FL 34788-3406**

Number Street City State Zip Code

**When was the debt incurred?**   *3/30/2009*

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   ***business loan***
***Debt Listed in Memento Mori, LLC Ch. 11***
***For Notice Purposes***

---

| 4.5 5 | **MBID** | Last 4 digits of account number | | $143,137.58 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Attn: Managing Agent**
**3408 Edgefield Rd**
**Greensboro, NC 27409**

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   ***business loan***
***Debt Listed in Memento Mori, LLC Ch. 11***
***For Notice Purposes***

Debtor 1    **Colin Robert Crossman**
Debtor 2    **Deanna Marie Crossman**

Case number (if known)    **18-04668-5**

| 4.5 6 | **Mercantile Capital Corp.** | Last 4 digits of account number | **9000** | **$5,137,500.00** |

Nonpriority Creditor's Name

**Attn: Managing Agent**
**60 N Court Ave**
**Orlando, FL 32801**

Number Street City State ZIp Code

When was the debt incurred?    **10/2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **The Mayton Inn**
**301 S. Academy Street**
**Cary, NC**
**(tax value $7,557,699)**

---

| 4.5 7 | **Morningstar Law Group** | Last 4 digits of account number | | **$0.00** |

Nonpriority Creditor's Name

**Attn: Managing Agent**
**421 Fayetteville Street, Suite 530**
**Raleigh, NC 27601**

Number Street City State ZIp Code

When was the debt incurred?

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Legal Fees for company**
**Notice purposes only**

---

Debtor 1   **Colin Robert Crossman**
Debtor 2   **Deanna Marie Crossman**

Case number (if known)    **18-04668-5**

| 4.5 8 | **Nelnet** | Last 4 digits of account number | **7401** | $67,662.87 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Managing Agent**
**P.O. Box: 82505**
**Lincoln, NE 68501-2505**
Number Street City State ZIp Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    ***Student Loan***

| 4.5 9 | **Northwoods Associates, LP** | Last 4 digits of account number | | $184,630.67 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Managing Agent**
**P.O. Box 4422**
**Cary, NC 27519**
Number Street City State ZIp Code

When was the debt incurred?    **10/16/2014**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    ***Loan***
***Debt of Mayton Landlord Debtors***
***Guaranteed***

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor 1 | *Colin Robert Crossman* | | |
|----------|--------------------------|--|--|
| Debtor 2 | *Deanna Marie Crossman* | Case number (if known) | *18-04668-5* |

---

| 4.60 | | | |
|------|--|--|--|

**Oral Technologies**

Nonpriority Creditor's Name

**Attn: Managing Agent**
**202 Wood Lilly Lane**
**Cary, NC 27518**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____     **$10,000.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **business loan**
      **Debt Listed in Memento Mori, LLC Ch. 11**
      **For Notice Purposes**

---

| 4.61 | | | |
|------|--|--|--|

**Patty Blaser**

Nonpriority Creditor's Name

**Attn: Managing Agent**
**102 Benedum Place**
**Cary, NC 27518**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____     **$88,866.12**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Loan**
      **Debt Listed in Memento Mori, LLC Ch. 11**
      **For Notice Purposes**

---

Debtor 1  **Colin Robert Crossman**
Debtor 2  **Deanna Marie Crossman**

Case number *(if known)*   **18-04668-5**

---

| 4.6 2 | **PhD Posters, LLC** | | Last 4 digits of account number | | | **$25,000.00** |

Nonpriority Creditor's Name
**Attn: Managing Agent**
**3931 Colorado Ave**
**Durham, NC 27707**

When was the debt incurred?

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Loan**

---

| 4.6 3 | **Pinnacle Financial Partners** | | Last 4 digits of account number | **2900** | | **$3,238,564.00** |

Nonpriority Creditor's Name
**Attn: Managing Agent**
**150 3rd Ave S, Suite 900**
**Nashville, TN 37201**

When was the debt incurred?   **7/2008**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **The King's Daughters Inn**
**204 N. Buchanan Blvd.**
**Durham, NC**
**($1,934,332 tax value)**

---

Debtor 1 **Colin Robert Crossman**
Debtor 2 **Deanna Marie Crossman**

Case number (if known) **18-04668-5**

| 4.6 4 | | |
|---|---|---|

**PSNC Energy**

Last 4 digits of account number **4048**    $0.00

Nonpriority Creditor's Name
**Attn: Managing Agent**
**PO Box 100256**
**Columbia, SC 29202**
Number Street City State ZIp Code

When was the debt incurred? _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Utilities**
**Debt Listed in Memento Mori, LLC Ch. 11**
**For Notice Purposes**

---

| 4.6 5 | | |
|---|---|---|

**Robert & Araz Shibley**

Last 4 digits of account number _____    $10,000.00

Nonpriority Creditor's Name
**Attn: Managing Agent**
**709 Brittley Way**
**Apex, NC 27502**
Number Street City State ZIp Code

When was the debt incurred? _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Personal Loan**

---

| 4.6 6 | | |
|---|---|---|

**Robert & Beth Emerson**

Last 4 digits of account number _____    $15,292.44

Nonpriority Creditor's Name
**Attn: Managing Agent**
**1202 N. Gregson Street**
**Durham, NC 27701**
Number Street City State ZIp Code

When was the debt incurred? **4/10/2009**

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Loan**

---

Debtor 1  **Colin Robert Crossman**
Debtor 2  **Deanna Marie Crossman**

Case number (if known)  **18-04668-5**

| 4.6 7 | **Robert Crossman** | Last 4 digits of account number _____ | $67,927.25 |

Nonpriority Creditor's Name
**Attn: Managing Agent**
**2409 Sundial Court**
**Fort Myers, FL 33908**
Number Street City State Zlp Code

When was the debt incurred?  **7/14/2008**

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  *Business Loan*

---

| 4.6 8 | **Robert Crossman Trust** | Last 4 digits of account number _____ | $109,867.92 |

Nonpriority Creditor's Name
**c/oGlenmede Trust Co. N.A., Trustee**
**25825 Science Park Dr, Ste 110**
**Beachwood, OH 44122-7315**
Number Street City State Zlp Code

When was the debt incurred?

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  *Loan*

---

| 4.6 9 | **Robert Shibley** | Last 4 digits of account number _____ | $10,216.28 |

Nonpriority Creditor's Name
**Attn: Managing Agent**
**805 Calrendon Road**
**Jenkintown, PA 19046**
Number Street City State Zlp Code

When was the debt incurred?

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  *Loan*
*Debt Listed in Memento Mori, LLC Ch. 11*
*For Notice Purposes*

---

Debtor 1  **Colin Robert Crossman**
Debtor 2  **Deanna Marie Crossman**

Case number *(if known)*   **18-04668-5**

| | |
|---|---|
| **4.70** | |

**Susquehanna Salt Lake, LLC**
Nonpriority Creditor's Name

**Attn: Managing Agent**
**136 E. S. Temple, Ste 1400**
**Salt Lake City, UT 84111**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____

**$107,873.00**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   ***Debt Listed in Memento Mori, LLC Ch. 11 For Notice Purposes***

---

| | |
|---|---|
| **4.71** | |

**The B&B Team**
Nonpriority Creditor's Name

**Attn: Managing Agent**
**PO Box 339**
**Scottsville, VA 24590**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____

**$0.00**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   ***Debt Listed in Memento Mori, LLC Ch. 11 For Notice Purposes***

---

| | |
|---|---|
| **4.72** | |

**The Sheltering Home Circle**
Nonpriority Creditor's Name

**Attn: Managing Agent**
**1204 Broad Street**
**Durham, NC 27705**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____

**Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   ***Business Loan***

---

| Debtor 1 | *Colin Robert Crossman* | | |
|---|---|---|---|
| Debtor 2 | *Deanna Marie Crossman* | Case number (if known) | *18-04668-5* |

| 4.73 | *The Siegel Group Nevada, Inc* | Last 4 digits of account number _____ | *$0.00* |
|---|---|---|---|

Nonpriority Creditor's Name

*Attn: Managing Agent*
*3790 Paradise Rd, Ste 250*
*Las Vegas, NV 89169*

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify *Civil Action Against Mount Charleston Landlord, LLC & IPG Investments, LLC A-18-781311-C*

| 4.74 | *Time Warner (Spectrum)* | Last 4 digits of account number _____ | *$0.00* |
|---|---|---|---|

Nonpriority Creditor's Name

*Attn:Recovery Support/ManagingAgent*
*3347 Platt Springs Road*
*West Columbia, SC 29170*

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify *Utilities for Business Notice Purposes only*

| Debtor 1 | *Colin Robert Crossman* | | |
|---|---|---|---|
| Debtor 2 | *Deanna Marie Crossman* | Case number *(if known)* | *18-04668-5* |

| 4.75 | **Time Warner (Spectrum)** | **Last 4 digits of account number** _____ | *$0.00* |
|---|---|---|---|

Nonpriority Creditor's Name

*Attn:Recovery Support/ManagingAgent*
*3347 Platt Springs Road*
*West Columbia, SC 29170*

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   *Utilities for Business Notice Purposes Only*

---

| 4.76 | **TKPR** | **Last 4 digits of account number** _____ | *$0.00* |
|---|---|---|---|

Nonpriority Creditor's Name

*Attn: Managing Agent*
*349 Ascot Ridge Ln*
*Greer, SC 29650*

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   *Debt Listed in Memento Mori, LLC Ch. 11 For Notice Purposes*

Debtor 1  **Colin Robert Crossman**

Debtor 2  **Deanna Marie Crossman**

Case number *(if known)*    **18-04668-5**

---

| 4.7 7 | **Town of Cary** | | Last 4 digits of account number | | $1,370,142.00 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**Attn: Managing Agent**
**P.O. Box 8005**
**Cary, NC 27513**

When was the debt incurred?    *10/2014*

Number Street City State ZIp Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

■ At least one of the debtors and another

☐ Disputed

☐ Check if this claim is for a  community debt

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

*The Mayton Inn*
*301 S. Academy Street*
*Cary, NC*
*(tax value $7,557,699)*

☐ Yes

■ Other. Specify

---

| 4.7 8 | **Town of Cary** | | Last 4 digits of account number | | $951,350.00 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**Attn: Managing Agent**
**P.O. Box 8005**
**Cary, NC 27513**

When was the debt incurred?    *10/2014*

Number Street City State ZIp Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

■ At least one of the debtors and another

☐ Disputed

☐ Check if this claim is for a  community debt

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

*The Mayton Inn*
*301 S. Academy Street*
*Cary, NC*
*(tax value $7,557,699)*

☐ Yes

■ Other. Specify

---

Debtor 1  **Colin Robert Crossman**
Debtor 2  **Deanna Marie Crossman**

Case number (if known)  **18-04668-5**

---

| 4.79 | **Town of Cary** | Last 4 digits of account number | | | | **Unknown** |
|---|---|---|---|---|---|---|

Nonpriority Creditor's Name

**Attn: Managing Agent**
**P.O. Box 8005**
**Cary, NC 27513**

When was the debt incurred?  **11/5/2014**

Number Street City State Zip Code

Who incurred the debt? Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ☑ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Blanket Lien**

---

| 4.80 | **Tri-Helix Investments, Inc.** | Last 4 digits of account number | | | | **$0.00** |
|---|---|---|---|---|---|---|

Nonpriority Creditor's Name

**Attn: Managing Agent**
**5005 Sunset Forest Circle**
**Holly Springs, NC 27540**

When was the debt incurred?

Number Street City State Zip Code

Who incurred the debt? Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ☑ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Business Loan**
  **Debt Listed in Memento Mori, LLC Ch. 11**
  **For Notice Purposes**

---

| 4.81 | **U.S. Small Business Adminiatraton** | Last 4 digits of account number | | | | **Unknown** |
|---|---|---|---|---|---|---|

Nonpriority Creditor's Name

**Attn: Managing Agent**
**409 3rd Street SW**
**Washington, DC 20416**

When was the debt incurred?

Number Street City State Zip Code

Who incurred the debt? Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ☑ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **For Notice Purposes Only**

---

Debtor 1 **Colin Robert Crossman**
Debtor 2 **Deanna Marie Crossman**

Case number (if known) **18-04668-5**

| 4.8 2 | **US Bank Equipment Finance** | Last 4 digits of account number | | **$0.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Managing Agent**
**1310 Madrid Street**
**Marshall, MN 56258**

When was the debt incurred?    **10/6/2015**

Number Street City State Zlp Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Kitchen Equipment**

---

| 4.8 3 | **USAA Federal Savings Bank** | Last 4 digits of account number | **4824** | **$11,744.78** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Bankruptcy/Managing Agent**
**9800 Fredericksburg Road**
**San Antonio, TX 78288**

When was the debt incurred?    **Opened 12/11  Last Active 9/04/18**

Number Street City State Zlp Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit Card**

---

| 4.8 4 | **USEDLC, LLC** | Last 4 digits of account number | **1130** | **$6,138,775.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Managing Agent/Officer**
**1 World Trade Center, Suite 1180**
**Long Beach, CA 90831**

When was the debt incurred?    **10/2014**

Number Street City State Zlp Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **The Mayton Inn**
**301 S. Academy Street**
**Cary, NC**
**(tax value $7,557,699)**

---

| Debtor 1 | *Colin Robert Crossman* |
|----------|-------------------------|
| Debtor 2 | *Deanna Marie Crossman* |

Case number (if known)   **18-04668-5**

---

| 4.85 | | | |
|------|--|--|--|

*Vito Tanzi*

Nonpriority Creditor's Name

*Attn: Managing Agent*
*28 Mason Drive*
*Manhasset, NY 11030*

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number** _____     **$10,000.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   *Business Loan*

---

| 4.86 | | | |
|------|--|--|--|

*Wells Fargo*

Nonpriority Creditor's Name

*Attn: Managing Agent*
*P.O. Box 51193*
*Los Angeles, CA 90051-5493*

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number** *9174*     **$12,243.27**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   *Credit Card*

---

| 4.87 | | | |
|------|--|--|--|

*Westfield Insurance*

Nonpriority Creditor's Name

*Attn: Managing Agent*
*PO Box 5001*
*Westfield Center, OH 44251*

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number** *2278*     **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   *Debt Listed in Memento Mori, LLC Ch. 11 For Notice Purposes*

---

| Debtor 1 | *Colin Robert Crossman* | | |
|---|---|---|---|
| Debtor 2 | *Deanna Marie Crossman* | Case number *(if known)* | **18-04668-5** |

| 4.8 8 | **William Hearn** | Last 4 digits of account number _____ | **$386,064.71** |
|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Managing Agent
2151 Huron Drive
Aiken, SC 29803**
Number Street City State Zip Code

**When was the debt incurred?** *3/24/2009*

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   *Business Loan*

**Is the claim subject to offset?**
■ No
☐ Yes

---

| 4.8 9 | **Xeros Inc.** | Last 4 digits of account number _____ | **$0.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Managing Agent
250 Commercial Street Suite 4002A
Manchester, NH 03101**
Number Street City State Zip Code

**When was the debt incurred?** *7/14/2015*

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**
■ No
☐ Yes

■ Other. Specify   *Seal Lion washing machines s/n 1409129 and 1409130 For notice purposes*

---

| **Part 3:** | List Others to Be Notified About a Debt That You Already Listed |
|---|---|

**5.** Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address
**Artisan Hotel Boutique
Attn: Managing Agent
3790 Paradise Rd, Ste 250
Las Vegas, NV 89169**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.41** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _____

Name and Address
**Blackhall P.C.
Attn:JustinBlackhall/Managing Agent
17 State St, Ste 4000
New York, NY 10004**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.84** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _____

Name and Address
**Christine Simpson, Town Attorney**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.77** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                 Best Case Bankruptcy

| Debtor 1 | *Colin Robert Crossman* | |
|---|---|---|
| Debtor 2 | *Deanna Marie Crossman* | Case number (if known) **18-04668-5** |

---

**Town of Cary**
**316 N Academy St**
**Cary, NC 27513**

☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Christine Simpson, Town Attorney**
**Town of Cary**
**316 N Academy St**
**Cary, NC 27513**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.78** of (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Collidge Law Firm, PLLC**
**Attn: Managing Agent**
**434 Fayetteville St, Ste 2030**
**Raleigh, NC 27601**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.27** of (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Garrett Capital, LLC**
**Attn: Sean D. Thueson**
**3790 Paradise Rd, Ste 250**
**Las Vegas, NV 89169**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.41** of (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Garrett Capital, LLC**
**Attn: KristineAO'Quinn**
**3790 Paradise Rd, Ste 250**
**Las Vegas, NV 89169**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.41** of (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Gwynn & Edwards, PA**
**Attn: Managing Agent**
**1140 Kildaire Farm Rd**
**Cary, NC 27511**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.43** of (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**IRH Capital, LLC**
**Attn: Managing Agent**
**707 Skoie Blvd, Ste 540**
**Northbrook, IL 60062**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.82** of (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Lee Gardner (estate)**
**Attn: Managing Agent**
**2443 Legacy Drive**
**Aurora, IL 60502**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.44** of (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Roberson, Haworth & Reese, PLLC**
**Attn:AlanB.Powell/ManagingAgent**
**300 North Main St, Ste 300**
**High Point, NC 27260**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.63** of (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**The Siegel Group**
**Attn: Kristine A O'Quinn**
**3790 Paradise Rd, Ste 250**
**Las Vegas, NV 89169**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.73** of (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address

On which entry in Part 1 or Part 2 did you list the original creditor?

---

Debtor 1  **Colin Robert Crossman**
Debtor 2  **Deanna Marie Crossman**

Case number (if known)   **18-04668-5**

| | | |
|---|---|---|
| **The Siegel Group Nevada, Inc**<br>**Attn: Sean D. Thueson**<br>**3790 Paradise Rd, Ste 250**<br>**Las Vegas, NV 89169** | Line **4.73** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |

| | | |
|---|---|---|
| Name and Address<br>**Womble Bond Dickinson**<br>**Attn:JohnCCooke/Managing Agent**<br>**555 Fayetteville St, Ste 1100**<br>**Raleigh, NC 27601** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.77** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |

| | | |
|---|---|---|
| Name and Address<br>**Womble Bond Dickinson**<br>**Attn:JohnCCooke/Managing Agent**<br>**555 Fayetteville St, Ste 1100**<br>**Raleigh, NC 27601** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.78** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |

---

**Part 4:**   **Add the Amounts for Each Type of Unsecured Claim**

6.  **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

| | | | | | Total Claim |
|---|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ | 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ | 243,047.33 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ | 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ | 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ | 243,047.33 |

| | | | | | Total Claim |
|---|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ | 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ | 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ | 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ | 19,295,888.64 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ | 19,295,888.64 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy